**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **James A. Burk, Jr., et al.** : | | |
| : | | |
| Plaintiffs, : | Civil Action No. 2:20-cv-6256 | |
| : | | |
| v. : | Judge Graham | |
| : | | |
| **City of Columbus, et al.,** : | Magistrate Judge Vascura | |
| : | | |
| Defendants. : | | |

**RULE 26(f) REPORT**

Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on March 12, 2021 and was attended by:

Rex H. Elliott, counsel for plaintiffs James A. Burk, Jr. and Summer Hilfers,

Jonathan N. Bond, counsel for plaintiffs James A. Burk, Jr. and Summer Hilfers,

William A. Sperlazza, counsel for defendants City of Columbus, Joseph Fihe, and Kevin Winchell,

Counsel represent that, during the meeting, they engaged in a meaningful attempt to meet and confer on the matters outlined below.

1. CONSENT TO MAGISTRATE JUDGE

Do the parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)?

____ Yes    X   No

2. INITIAL DISCLOSURES

Have the parties agreed to make initial disclosures?

 X   Yes    ____ No    ____ The proceeding is exempt under Rule 26(a)(1)(B)

If yes, such initial disclosures shall be made by April 2, 2021.

3.   VENUE AND JURISDICTION

Are there any contested issues related to venue or jurisdiction?

_____Yes     X   No

If yes, describe the issue: **Not applicable.**

If yes, the parties agree that any motion related to venue or jurisdiction shall be filed by: **Not applicable.**

4.   PARTIES AND PLEADINGS

  a. The parties agree that any motion or stipulation to amend the pleadings or to join additional parties shall be filed by May 28, 2021.

  b. If the case is a class action, the parties agree that the motion for class certification shall be filed by **Not applicable**.

5.   MOTIONS

  a. Are there any pending motion(s)?

    _____Yes    X   No

    If yes, indicate which party filed the motion(s), and identify the motion(s) by name and docket number: **Not Applicable.**

  b. Are the parties requesting expedited briefing on the pending motion(s)?

    **Not Applicable.**

    If yes, identify the proposed expedited schedule:

    **Not Applicable.**

6.   ISSUES

Jointly provide a brief description of case, including causes of action set forth in the complaint, and indicate whether there is a jury demand:

This case stems from Agent James A. Burk's encounter with Defendants on July 7, 2020. Plaintiffs' Complaint alleges Defendants exerted excessive force against Burk in violation of the United States Constitution. Plaintiffs' Complaint alleges five causes of action: (1) Violations of 42 U.S.C. § 1983 against the Defendant Officers; (2) Violations of 42 U.S.C. § 1983 against the City

of Columbus; (3) Malicious/Willful/Wanton/Reckless Misconduct against Defendant Officers; (4) Intentional Infliction of Emotional Distress; and (5) Loss of Consortium brought by Burk's wife, Summer Hilfers. Plaintiffs have demanded a jury. Defendants deny any wrongdoing. Defendants further deny any City customs or policies caused any wrongdoing.

7. DISCOVERY PROCEDURES

   a. The parties agree that all discovery shall be completed by January 15, 2022. The parties will schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and to file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so. If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court. To initiate a telephone conference, counsel are directed to join together on one line and then call the Magistrate Judge's chambers or provide the Court with a call-in number.

   b. Do the parties anticipate the production of ESI? X  Yes        No

   If yes, describe the protocol for such production: The parties currently do not anticipate any complex ESI productions or issues in this case. ESI is likely limited to basic electronic documents, e.g., emails or electronically-created or scanned document files. To the extent emails or electronic documents are produced in a Bates numbered format, the parties agree to produce them in a way that preserves metadata (e.g., both an imaged/Bates numbered format and natives, or processed in a way that the imaged/Bates numbered documents produced have corresponding metadata and load files.

   c. Do the parties intend to seek a protective order or clawback agreement? Not at this point.

   If yes, such order or agreement shall be produced to the Court by _____.

8. DISPOSITIVE MOTIONS

   a. Any dispositive motions shall be filed by March 15, 2022.

   b. Are the parties requesting expedited briefing on dispositive motions?

   ____Yes     X   No

   If yes, identify the proposed expedited schedule: **Not applicable.**

9. EXPERT TESTIMONY

   a. Primary expert reports must be produced by October 20, 2021.

   b. Rebuttal expert reports must be produced by November 22, 2021.

3

10. SETTLEMENT

Plaintiff(s) will a make a settlement demand by June 1, 2021. Defendant will respond by July 1, 2021. The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference. The Court refers cases to settlement throughout the year. The parties request the following month and year:

**February 2022.**

In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement conference orders which require, *inter alia*, that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

11. RULE 16 PRETRIAL CONFERENCE

Do the parties request a scheduling conference?

\_\_\_\_\_Yes, the parties would like a conference with the Court prior to it issuing a scheduling order. The parties request that the conference take place _____ in chambers \_\_by telephone.

 X \_\_ No, a conference is not necessary; the Court may issue a scheduling order after considering this Report.

12. OTHER MATTERS

Indicate any other matters for the Court's consideration: **None at this time.**

| | |
|---|---|
| /s/ Rex H. Elliott | /s/ William A. Sperlazza |
| Rex H. Elliott (0054054) | William A. Sperlazza (0081863) |
| Barton R. Keyes (0083979) | City of Columbus, Department of Law |
| Jonathan N. Bond (0096696) | Zach Klein, City Attorney |
| Cooper & Elliott, LLC | 77 North Front Street |
| 305 West Nationwide Boulevard | Columbus, Ohio 43215 |
| Columbus, Ohio 43215 | WASperlazza@columbus.gov |
| (614) 481-6000 | |
| (614) 481-6001 (Facsimile) | Attorney for Defendants |
| rexe@cooperelliott.com | |
| bartk@cooperelliott.com | |
| jonb@cooperelliott.com | |

Attorneys for Plaintiffs