IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **James A. Burk, Jr., et al.** | : | |
| **Plaintiffs,** | : | Civil Action No. 2:20-cv-6256 |
| v. | : | Judge Graham |
| **City of Columbus, et al.,** | : | Magistrate Judge Vascura |
| **Defendants.** | : | |

### JOINT MOTON TO EXTEND AND MODIFY CASE SCHEDULE

The parties hereby jointly request that this Court extend the existing case deadlines as set forth below:

- Primary expert reports:     January 20, 2022
- Rebuttal expert reports:    February 22, 2022
- Discovery cut-off:          April 15, 2022
- Dispositive motion(s):      June 15, 2022

In support of this motion, the parties state that they have cooperated and are engaging in discovery in good faith, but that they need additional time to diligently complete discovery and prepare for trial. Given what the parties still need to accomplish because of extenuating circumstances and the Covid-19 epidemic, the parties are not yet able to exchange expert reports. Thus, the parties respectfully move for a 90-day extension of the case schedule as set forth above. This is the parties first request to amend the case schedule. A proposed Order granting the parties' request is being submitted herewith.

Respectfully submitted,

| | |
|---|---|
| /s/ Rex H. Elliott | /s/ William A. Sperlazza |
| Rex H. Elliott (0054054) | William A. Sperlazza (0081863) |
| Barton R. Keyes (0083979) | City of Columbus, Department of Law |
| Jonathan N. Bond (0096696) | Zach Klein, City Attorney |
| Cooper & Elliott, LLC | 77 North Front Street |
| 305 West Nationwide Boulevard | Columbus, Ohio 43215 |
| Columbus, Ohio 43215 | WASperlazza@columbus.gov |
| (614) 481-6000 | |
| (614) 481-6001 (Facsimile) | Attorney for Defendants |
| rexe@cooperelliott.com | |
| bartk@cooperelliott.com | |
| jonb@cooperelliott.com | |

Attorneys for Plaintiffs