# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **James A. Burk, Jr., et al.** | : | |
| **Plaintiffs,** | : | Civil Action No. 2:20-cv-6256 |
| v. | : | Judge Graham |
| **City of Columbus, et al.,** | : | Magistrate Judge Vascura |
| **Defendants.** | : | |

## ORDER AMENDING CASE SCHEDULE

This matter comes before the Court on the parties Joint Motion to Extend and Modify Case Schedule. The Court hereby GRANTS the parties' request and ORDERS new case dates be set as follows:

- Primary expert reports:     January 20, 2022
- Rebuttal expert reports:    February 22, 2022
- Discovery cut-off:          April 15, 2022
- Dispositive motion(s):      June 15, 2022

**IT IS SO ORDERED.**

Dated: October _____, 2021

_____
UNITED STATES DISTRICT JUDGE