# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| James A. Burk, Jr., et al. | : | |
| Plaintiffs, | : | Civil Action No. 2:20-cv-6256 |
| v. | : | Judge Graham |
| City of Columbus, et al., | : | Magistrate Judge Vascura |
| Defendants. | : | |

## ORDER AMENDING CASE SCHEDULE

This matter comes before the Court on the parties' Joint Motion to Extend and Modify Case Schedule (ECF No. 6). For good cause shown, the Motion is **GRANTED**. The case schedule is amended as follows:

- Primary expert reports:     January 20, 2022
- Rebuttal expert reports:    February 22, 2022
- Discovery cut-off:          April 15, 2022
- Dispositive motion(s):      June 15, 2022

**IT IS SO ORDERED.**

*/s/ Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE