**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| 2:17-cv-783 | 2:20-cv-6004 | 2:21-cv-3424 |
| 2:18-cv-1587 | 2:20-cv-6184 | 2:21-cv-3597 |
| 2:19-cv-1041 | 2:20-cv-6256 | 2:21-cv-3635 |
| 2:19-cv-2221 | 2:20-cv-6481 | 2:21-cv-3851 |
| 2:20-cv-1692 | 2:21-cv-044  | 2:21-cv-3885 |
| 2:20-cv-2523 | 2:21-cv-133  | 2:21-cv-3888 |
| 2:20-cv-2836 | 2:21-cv-684  | 2:21-cv-3899 |
| 2:20-cv-3916 | 2:21-cv-879  | 2:21-cv-3996 |
| 2:20-cv-3971 | 2:21-cv-883  | 2:21-cv-4017 |
| 2:20-cv-4336 | 2:21-cv-1410 | 2:21-cv-4096 |
| 2:20-cv-4812 | 2:21-cv-1598 | 2:21-cv-4155 |
| 2:20-cv-4880 | 2:21-cv-1847 | 2:21-cv-4275 |
| 2:20-cv-4900 | 2:21-cv-2280 | 2:21-cv-4912 |
| 2:20-cv-5109 | 2:21-cv-2478 | |
| 2:20-cv-5276 | 2:21-cv-2987 | |
| 2:20-cv-5539 | 2:21-cv-3114 | |

## **NOTICE**

**In light of the COVID-19 pandemic, the parties and mediators are ENCOURAGED to attempt mediation via telephone or videoconference.**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **February 2022**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm on January 3, 2022** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio