**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **James A. Burk, Jr., et al.,** | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. 2:20-cv-6256 |
| | : | |
| v. | : | Judge Graham |
| | : | |
| **City of Columbus, et al.,** | : | Magistrate Judge Vascura |
| | : | |
| Defendants. | : | |

**JOINT MOTION TO VACATE MEDIATION**

The parties hereby jointly request that this Court vacate the mediation the Court ordered the parties complete by the end of April.  After much discussion, the parties are still willing to mediate but believe that mediation would be more fruitful in July or August of 2022.  The parties have alerted the court appointed mediator who suggested counsel file this motion.  A proposed Order granting the parties' request is being submitted herewith.

Respectfully submitted,

| | |
|---|---|
| /s/ Jonathan N. Bond | /s/ William A. Sperlazza |
| Rex H. Elliott         (0054054) | William A. Sperlazza        (0081863) |
| Barton R. Keyes      (0083979) | City of Columbus, Department of Law |
| Jonathan N. Bond    (0096696) | Zach Klein, City Attorney |
| Cooper & Elliott, LLC | 77 North Front Street |
| 305 West Nationwide Boulevard | Columbus, Ohio 43215 |
| Columbus, Ohio 43215 | WASperlazza@columbus.gov |
| (614) 481-6000 | |
| (614) 481-6001 (Facsimile) | Attorney for Defendants |
| rexe@cooperelliott.com | |
| bartk@cooperelliott.com | |
| jonb@cooperelliott.com | |

Attorneys for Plaintiffs