# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **James A. Burk, Jr., et al.** | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. 2:20-cv-6256 |
| | : | |
| v. | : | Judge Graham |
| | : | |
| **City of Columbus, et al.,** | : | Magistrate Judge Vascura |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION OF KEVIN WINCHELL

PLEASE TAKE NOTICE, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, that plaintiffs, by and through their attorneys, will take the deposition of Kevin Winchell, before a Notary Public or other officer authorized by law to administer oaths, on Thursday, July 7, 2022 at the office of City of Columbus, Department of Law, Zach Klein, City Attorney, 77 North Front Street, Columbus, Ohio 43215.  The deposition will begin at 1:00 p.m. and will continue from day to day until completed.  You are invited to attend and examine the witness.

Respectfully submitted,

/s/ Jonathan N. Bond
Rex H. Elliott            (0054054)
Barton R. Keyes           (0083979)
Jonathan N. Bond          (0096696)
Cooper & Elliott, LLC
305 West Nationwide Boulevard
Columbus, Ohio 43215
(614) 481-6000
(614) 481-6001 (Facsimile)
rexe@cooperelliott.com
bartk@cooperelliott.com
jonb@cooperelliott.com

Attorneys for Plaintiffs

- 2 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Deposition was filed electronically and served electronically on the following counsel of record, this 9th day of June, 2022:

>William A. Sperlazza, Esq.
>City of Columbus, Department of Law
>Zach Klein, City Attorney
>77 North Front Street
>Columbus, Ohio 43215
>WASperlazza@columbus.gov
>
>Attorney for Defendants

/s/ Jonathan N. Bond