**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **James A. Burk, Jr., et al.** | : | |
| | : | |
| **Plaintiffs,** | : | **Civil Action No. 2:20-cv-6256** |
| | : | |
| **v.** | : | **Judge Graham** |
| | : | |
| **City of Columbus, et al.,** | : | **Magistrate Judge Vascura** |
| | : | |
| **Defendants.** | : | |

## ORDER AMENDING CASE SCHEDULE

This matter comes before the Court on the parties' Joint Motion to Extend and Modify Case Schedule (ECF No. 26). The Court hereby **GRANTS** the parties' motion and **ORDERS** new case dates be set as follows:

- Discovery cut-off:           December 15, 2022

- Dispositive motion(s):        February 15, 2023

**IT IS SO ORDERED.**


*/s/ Chelsey M. Vascura*
_____
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE