# Display Event

| Event Date | Event Time | | | | Calltaker | Calltaker Term |
|---|---|---|---|---|---|---|
| 07/07/20 | 13:55:24 | | | | 2016020 | ct005 |

| Agency | P | Area | Group | Event # | Type | Sub-Type |
|---|---|---|---|---|---|---|
| CPD | 1 | 172 | CPDZ1 | P200498359 | 8 | |

Location:   3359 EDGEBROOK DR , Apt: , Mun: CBUS
            Area: , Cnty: FRA, State: , Bldg:
****NOTE: If the location is blank please refer to Cross Streets. The event has been created at an Intersection.****

XY:              LL(-83:06:23.5802,40:05:08.8249)
Loc Comments:

Cross Streets:
BROOKEDGE CT
WILLINGTON DR

Caller Name: NW XFR/SARIH
Caller Addr: 6142 RIVERSIDE DR - SECTOR SE DUBLIN
Caller Phone: (614) 369-7088
Call Source: ANI/ALI

Remarks:

| Time | Empid | Comm |
|---|---|---|
| 13:55:24 | T99 | MALE KNOCKING AT DOOR SAYING HE IS A POLICED OFFICER |
| 13:55:24 | T99 | HE IS STILL HER...HAS TRIED TO OPEN TH EDOOR |
| 13:55:25 | T99 | ** LOI search completed at 07/07/20 13:55:25 |
| 13:55:40 | T99 | MW, GRY SHIRT, TAN PANTS |
| 13:55:57 | T99 | HE POSS CAME ON FOOT |
| 13:56:21 | T99 | HE SHOWED HER A BADGE...NO NAME OR # ON IT |
| 13:56:29 | T99 | HE IS KNOCKING AT FRONT DOOR |
| 13:57:25 | T99 | HE SAYS HE IS WITH ATF |
| 13:58:50 | T99 | SAYS HIS NAME IS JIM BURK..... BADGE #4672 |
| 13:59:06 | T99 | HE IS STILL KNOCKING & INSISTING SHE HAS TO OPEN THE DOOR |
| 14:00:05 | T99 | ***PLEASE ADV WHEN IT IS SAFE TO GO TO THE DOOR |
| 14:03:57 | T81 | 10-3 |
| 14:04:39 | T38 | AIRED 3 ON CHANNEL 4 |
| 14:06:31 | T99 | CALLER WENT TO BASEMENT WITH HER 29'S |
| 14:06:35 | T81 | ONE SECURED |
| 14:07:01 | T38 | 33A-SAYING CHANNEL 1 SAID TO SHUT IT DOWN |

7/8/2020 3:29:42 PM                    Display_Event                    Page 1

| Time | Empid | Comm |
|---|---|---|
| 14:07:12 | T73 | Alarm Timer Extended: 0 |
| 14:09:07 | T81 | SUSPECT IS HAVING TROUBLE BREATHING |
| 14:09:29 | C108 | ** Cross Referenced to Event # F20099642 at: 07/07/20 14:09:29 |
| 14:09:29 | C108 | ** >>>> by: MICHAEL J. CARLISLE on terminal: fd020 |
| 14:09:43 | T81 | NEED A SUPERVISOR FOR USE OF TASER |
| 14:10:17 | T81 | DUBLIN PD AT SCENE |
| 14:10:42 | T81 | ONLY ONE WE ARE LOOKING FOR IS IN CUSTODY |
| 14:10:47 | T38 | 9030D--CLEAR CODE 4 |
| 14:10:54 | T81 | ANYONE NOT AT SCENE CAN CLEAR |
| 14:14:08 | T99 | CALLER HEADING TO THE DOOR |
| 14:14:17 | T99 | SHE HAS OPENED THE DOOR.... |
| 14:15:33 | T99 | HERE OFFICER WITH CALLER...OFF PS |
| 14:18:57 | T08 | Alarm Timer Extended: 0 |
| 14:18:57 | T08 | Alarm Timer Extended: 0 |
| 14:18:57 | T08 | Alarm Timer Extended: 0 |
| 14:18:58 | T08 | Alarm Timer Extended: 0 |
| 14:18:58 | T08 | Alarm Timer Extended: 0 |
| 14:18:59 | T08 | Alarm Timer Extended: 0 |
| 14:19:44 | T08 | Alarm Timer Extended: 0 |
| 14:33:11 | T57 | Preempt:CAD AUTOMATIC PREEMPT |
| 14:34:57 | T08 | Alarm Timer Extended: 0 |
| 14:58:48 | T08 | Alarm Timer Extended: 0 |
| 15:52:43 | T08 | PER S17B - SEVERAL OFFICERS WHO RESPONDED DID NOT HAVE BWC'S.. RESPONDED |
| 15:52:43 | T08 | STRAIGHT FROM ROLLCALL TO 10-8 |
| 15:52:50 | T08 | *10-3 |

Times:

| Add | Dispatch | Arrive | Close | Closing ID | Cl. Terminal |
|---|---|---|---|---|---|
| 13:55:24 | 13:55:55 | 14:04:31 | 18:09:14 | 2000047 | $9170D |

Units Assigned:    Dispo:
[Unit]         4
4
4
4
2
2
4
4
2
2V
1V
3

Unit

170B
171B
174B
31A
33A
415
550
9010D
9030D
9170D
9171D
9181D
S17B