# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| James A. Burk, Jr., et al., <br><br> Plaintiffs, <br><br> v. <br><br> City of Columbus, et al., <br><br> Defendants. | Case No. 2:20-cv-6256 <br><br> Judge James L. Graham <br><br> Magistrate Judge Chelsey M. Vascura |

## DEFENDANTS' NOTICE OF FILING DEPOSITION

Defendants City of Columbus, Joseph Fihe, and Kevin Winchell, give notice that the deposition of Scott A. DeFoe, together with exhibits, taken in the above-captioned matter on May 31, 2023, has been filed with the Court.

Respectfully submitted,

/s/ Samantha M. Hobbs
Samantha M. Hobbs (0098726)
Alexandra N. Pickerill (0096758)
Assistant City Attorneys
CITY OF COLUMBUS, DEPARTMENT OF LAW
77 N. Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
smhobbs@columbus.gov
anpickerill@columbus.gov
*Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

  I hereby certify that, on August 14, 2023, I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

                /s/ Samantha M. Hobbs
                Samantha M. Hobbs (0098726)