# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| James A. Burk, Jr., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>City of Columbus, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-6256<br><br>Judge James L. Graham<br><br>Magistrate Judge Chelsey M. Vascura |

## DEFENDANTS' NOTICE OF FILING DEPOSITION

Defendants City of Columbus, Joseph Fihe, and Kevin Winchell, give notice that the deposition of Patrick Vehr, together with exhibits, taken in the above-captioned matter on May 23, 2023, has been filed with the Court.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Samantha M. Hobbs
　　　　　　　　　　　　　　　　　　Samantha M. Hobbs (0098726)
　　　　　　　　　　　　　　　　　　Alexandra N. Pickerill (0096758)
　　　　　　　　　　　　　　　　　　Assistant City Attorneys
　　　　　　　　　　　　　　　　　　CITY OF COLUMBUS, DEPARTMENT OF LAW
　　　　　　　　　　　　　　　　　　77 N. Front Street, Columbus, Ohio 43215
　　　　　　　　　　　　　　　　　　(614) 645-7385 / (614) 645-6949 (fax)
　　　　　　　　　　　　　　　　　　smhobbs@columbus.gov
　　　　　　　　　　　　　　　　　　anpickerill@columbus.gov
　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

  I hereby certify that, on August 14, 2023, I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/ Samantha M. Hobbs
Samantha M. Hobbs (0098726)
