# POSITION DESCRIPTION *(Please Read Instructions on the Back)*

**1. Agency Position No.** 16-131

**2. Reason for Submission:** ☒ Redescription ☐ NEW ☐ Reestablishment ☐ Other
**Explanation (Show any positions replaced):** Replaces SPD-220

**3. Service:** ☒ Hdqtrs ☒ Field

**4. Employing Office Location:** Washington, DC

**5. Duty Station:** Nation-wide and International locations

**6. OPM Certification No.**

**7. Fair Labor Standards Act:** ☒ Exempt ☐ Nonexempt

**8. Financial Statements Required:** ☐ Executive Personnel Financial Disclosure ☐ Employment and Financial Interest

**Subject to IA Action:** ☒ Yes ☐ No

**10. Position Status:** ☒ Competitive ☐ Excepted (Specify in Remarks) ☐ SES (Gen.) ☐ SES (CR)

**11. Position Is:** ☐ Supervisory ☐ Managerial ☒ Neither

**12. Sensitivity:** ☐ 1 - Non-Sensitive ☐ 2 - Non-Critical Sensitive ☒ 3 - Critical Sensitive ☐ 4 - Special Sensitive ☐ 5 - Low Risk ☐ 6 - Moderate ☐ 7 - High Risk

**ADP Position:** ☐ Yes ☐ No

**13. Competitive Level Code:** V39A

**14. Agency Use:** 8888

### 15. Classified/Graded by

| | Official Title of Position | Pay Plan | Occupation Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | | | | | | |
| c. Second Level Review | Criminal Investigator | GS | 1811 | 13 | dbj | 7/7/2016 |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

**16. Organizational Title of Position (if different from official title):** Special Agent

**17. Name of Employee (if vacant, specify):**

**18. Department, Agency, or Establishment:** Department of Justice
**a. First Subdivision:** Bureau of Alcohol, Tobacco, Firearms and Explosives
**b. Second Subdivision:** Office of Field Operations
**c. Third Subdivision:** Any Field Division
**d. Fourth Subdivision:** Any Field or Satellite Office
**e. Fifth Subdivision:**

**19. Employee Review** - This is an accurate description of the major duties and responsibilities of my position.

**Signature of Employee (optional):**

**20. Supervisory Certification.** I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes related to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

**a. Typed Name and Title of Immediate Supervisor:** Mary Warren, Chief of Staff, FO
**Date:** 12-19-16

**b. Typed Name and Title of Higher-Level Supervisor or Manager (optional):**

**21. Classification/Job Grading Certification**
I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards

**22. Position Classification Standards Used in Classifying / Grading Position:**
Job Family Standard for Administrative Work in the Inspection, Investigation, Enforcement, and Compliance Group, March 2009; GS-1811, Criminal Investigator series definition;

**Typed Name and Title of Official Taking Action:** Kathryn Greene, Deputy Chief, HROD
**Date:** 12/19/16

**Information for Employees.** The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management

### 23. Position Review

| | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

**24. Remarks**

Sup./Mgt. Code: 8 - All Other Positions   FPL: GS-13   Linked to 16-126 (GL-05), 16-127 (GL-07), 16-128 (GL-09), 16-129 (GS-11), 16-130 (GS-12)
Bargaining Unit Status Code: 8888
Drug Testing Requirement: Drug Test Required: _x_ Yes ___ No
Security Clearance: Requires Top Secret Clearance
6c LEO Retirement Coverage approved: _____

**25. Description of Major Duties and Responsibilities (See Attached)**

Previous Edition Usable

OF-8 (Rev 1-85) (FMCSA 7-2008)
U.S. Office of Personnel Management

P00374

Criminal Investigator, GS-1811-13
(Special Agent)
Bureau of Alcohol, Tobacco, Firearms and Explosives
Office of Field Operations
Any Field Division
Any Field or Satellite Office

Introduction

Incumbent serves as a criminal investigator (special agent) assigned to a field division field or satellite office or the National Investigative Division (NID) within the Office of Field Operations, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). Incumbent is responsible for the prevention, detection, and investigation of substantive and conspiracy type violations of laws administered and enforced by ATF. Incumbent conducts criminal investigations for the purpose of gathering information on individuals or individuals connected with groups alleged to be violating ATF enforced laws.

Major Duties

Incumbent performs the full range of expert level criminal investigative duties. The principal duties and responsibilities of this position include, investigations of individuals in illegal organizations that are complex in structure (e.g., several principals of organized crime or terrorist-subversive groups recognized and identified by law enforcement agencies as threats to the peace and stability of the nation), which are of major interregional dimensions or are nationwide in origin or coverage with occasional international implications. Such criminal investigations typically indicate actual or potential threats or challenges to major segments of the national welfare or security. The results, effects, or consequences of these criminal investigations, to a major degree, constitute deterrents to crimes or violations and may often influence changes in laws or future court actions.

25%

Incumbent pieces together evidence that comes from other criminal investigators stationed throughout several States. Incumbent recognizes patterns of illegal operations in order to anticipate and/or influence events as they transpire. Incumbent maintains awareness of the implications of precedential court decisions over broader areas, i.e., in more than one judicial and law enforcement jurisdiction.

25%

Incumbent performs a full-range and variety of interrelated activities in which the subjects of the criminal investigations are highly sophisticated and organized in planning illegal acts of extreme impact on the national welfare; e.g., thefts or otherwise illegal acquisitions of explosives or firearms for the purpose of illegal exportation to another nation.

Establishes and develops leads from known criminal activities and initiates investigations that are wide in scope and complexity and involve criminal conduct that is interwoven with legitimate business pursuits.

Conducts investigations that are large-scale and involve seizures throughout several States which require the incumbent to lead and coordinate several teams of agents from ATF and other agencies.

Incumbent coordinates the work of other agents or teams of agents which involves segments of the case and skills described at the next lower level of difficulty.

The suspects are principals in financial or other enterprises that reach into Federal or State affairs, e.g., through attempted bribery, fraud, or collusion.

In initiating or conducting criminal investigations, incumbent generally utilizes elaborate planning and coordination to resolve and overcome complex jurisdictional problems involving other Federal, State, county, and local agencies.

Serves as the key person or coordinator when performing duties such as surveillance or undercover work involving extremely complex, delicate, or dangerous elements.

Performs other duties as assigned.

Factor 1, Knowledge Required by the Position

Requires mastery of criminal investigative training and experience as a law enforcement officer. Must have acquired and be able to apply a comprehensive knowledge of ATF law enforcement criminal investigative activities, techniques, procedures, and policies in order to provide technical guidance to field enforcement elements.

Requires mastery level knowledge of and skill in applying a wide range of criminal investigative, enforcement, and/or compliance principles, concepts, techniques, rules of criminal procedures, laws, and precedent court decisions concerning the admissibility of evidence, constitutional rights, search and seizure, and related issues in the conduct of complex criminal investigations.

Requires ability to communicate orally and in writing in order to provide testimony before the grand jury, criminal courts, and judges regarding unusual circumstances and complex theories of criminal activity, and to prepare comprehensive investigative case reports.

Requires superior interviewing skills gained though formalized advanced training in interviewing techniques in order to interrogate suspects and witnesses.

Factor 2, Supervisory Controls

Incumbent works under the general administrative and technical direction of a group supervisor/resident agent in charge or branch chief at the NID who provides advice and guidance on sensitive investigations or difficult technical matters. Incumbent conducts criminal investigations with a minimum of direction and generally uses his/her own judgment to determine which matters to refer to the supervisor. The supervisor reviews case reports for clarity, completeness, and sufficiency of evidence.

Factor 3, Guidelines

Guidelines consist of administrative policies and precedents, procedures, regulations, directives and Federal, State and local laws, which are applicable but stated in general terms. Incumbent uses experience and personal judgment in interpreting, adapting, applying, and deviating from guidelines based on unusual or emergency circumstances and concerns with protecting public safety. Incumbent uses initiative and resourcefulness in deviating from established methods to address specific issues or problems, analyze results of adaptations and recommend changes in established procedures and methods.

Factor 4, Complexity

Work consists of investigating large-scale, multi-level criminal operations in which subjects cannot be clearly identified with the operation; subjects use a complex framework to hide illegal operations; subjects may be prominent in the local area, which may intimidate potential witnesses; and premature media coverage of the subjects' alleged involvement could damage criminal cases; constrain administrative options; appear to libel subjects; and/or embarrass agencies.

Incumbent selects the appropriate method from alternatives and resolves conflicting data to use the full range of investigative techniques, such as surveillance, undercover work, monitoring, and other techniques; conduct extensive review and analysis of records obtained by subpoenas to establish evidence of involvement; and coordinate with local, State, and other Federal law enforcement agencies.

Incumbent exercises judgment in corroborating circumstantial evidence to link subjects with crimes; conducting investigations which proliferate into other cases; and establishing criminal involvement and evidence to indict all the offenders, or prove violations of several laws. Uses tact and discretion in investigative assignments which are typically of a sensitive nature. The unique nature of the investigations potentially elicits public interest. Uses the utmost tact and discretion to prevent premature public awareness which would not only severely hamper the criminal investigation, but also endanger the lives of those involved. The persons involved are prominent or notorious individuals.

Factor 5, Scope and Effect

The work involves planning, organizing and performing assignments that involve the most complex criminal investigation cases, problems, or initiatives that cross program areas, multi-agency task force groups, and local and national jurisdictions.

Decisions made and actions taken may impact on specific functions of ATF nationwide. The work assignments may affect relationships with other enforcement agencies at the Federal, State, local, and international levels, as well as potentially influence prosecutive policy and/or legislative intent.

Factor 6 and 7, Personal Contacts and Purpose of Contacts

Personal contacts are with personnel from ATF, the Department of Justice (DOJ); other Federal, State, and local law enforcement agencies, representatives of foreign governments; professional groups and the general public; also investigators from other agencies, district attorneys, witnesses, informants, complainants, public interest groups, and the news media.

The purpose of contacts is different, including to obtain, clarify, or give facts or information regardless of the nature of those facts and to influence, persuade, interrogate, or control people or groups. The people contacted may be fearful, skeptical, uncooperative, or dangerous. Therefore, incumbent must be skillful in approaching the individual or group to obtain the desired effect, such as gaining compliance with established policies and regulations by persuasion or negotiation, or gaining information by establishing a rapport with a suspicious informant.

Factor 8, Physical Demands

The work requires considerable and strenuous physical exertion, such as prolonged periods of standing, walking, driving, bending, stooping, reaching, crawling, and similar physical activities. Work may involve pursuing a subject on foot, climbing a large number of steps, etc. Incumbent will be required to work irregular hours while conducting investigations that include surveillance work, etc. On occasion, the incumbent will be exposed to dangerous situations with the potential for physical attack that are inherent with investigations.

Factor 9, Work Environment

Incumbent, by nature of the position occupied, must be able to make the rapid transition from a sedentary office environment to a hostile field enforcement environment as required. In addition, the incumbent is subjected to the residual hazards and potential danger due to direct involvement with ATF's law enforcement missions.

Other Significant Factors

Special agents must possess and maintain the capability to perform physically arduous tasks in extreme environmental conditions. Examples include but are not limited to: the ability to sustain attention/alertness over a long period of time; the ability to perform duties while wearing heavy

equipment; the ability to perform duties while wearing safety equipment such as the FIT respirator; using restraint devises; lifting, carrying, dragging and pulling large and/or heavy objects; the ability to run, climb, and stand for several hours, and the ability to use a body bunker, baton, and battering ram. Since the duties of the position are exacting, responsible, and involve work performed under arduous and dangerous conditions, incumbents must possess emotional and mental stability. Any physical or psychological condition which affects the ability to perform the duties of this position or which would cause the applicant to be a hazard to himself/herself or to others, may result in restricted duty, reassignment, or removal from the position.

Per ATF O 3020.1A, incumbent must demonstrate required proficiency with firearms.

Incumbent must be available to travel frequently during the course of assignments. This travel is not limited to locations in one division.

This position requires the operation of a Government-owned vehicle. Incumbent must have and maintain a valid driver's license.

Per ATF O 2300.8, Mobility Policy, this position requires the incumbent to sign a mobility statement as a condition of employment. Management reserves the right to assign or reassign employees assigned in this position or associated career ladder positions which may include a permanent change station to accomplish the mission critical goals and objectives of ATF.

Per ATF O 2310.3, Policy and Procedures for Administering the Special Agent Pre-Employment Physical Task Test (PTT), all applicants selected for employment as special agents are required to meet or exceed physical standards based on the age and gender of the applicant in order to report to training in the best possible physical condition and be able to successfully complete the physical aspects of the Federal Law Enforcement Training Center's (FLETC's) Criminal Investigator Training Program (CITP) and ATF's Special Agent Basic Training (SABT) program. These physical standards are associated with the special agent applicant's expected performance during training, not to his or her actual job performance. Incumbent must successfully perform the following three physical activities under the PTT:
    SIT-UPS: The maximum number performed within 1 minute with stopping;
    PUSH-UPS: The maximum number performed within 1 minute with stopping;
    ONE-AND-ONE-HALF-MILE RUN: The minimum completion time for a 1.5 run.

CITP and SABT trainees are required to take and pass the PTT again at FLETC/SABT or they will be removed from Federal service.

## POSITION EVALUATION STATEMENT
## FACTOR EVALUATION SYSTEM

**Title, Series, and Grade:** Criminal Investigator (Special Agent), GS-1811-13

**Location:** Bureau of Alcohol, Tobacco, Firearms, and Explosives, Office of Field Operations, Any Field Division, Any Field or Satellite Office

**Reference:** Job Family Standard for Administrative Work in the Inspection, Investigation, Enforcement, and Compliance Group, March 2009; GS-1811, Criminal Investigator series definition;

| Evaluation Factors | Points Assigned | Standard Used (Bmk#, FL#, etc.) | Comments |
|---|---|---|---|
| 1. Knowledge Required by the Position | 1550 | FL-1-8 | |
| 2. Supervisory Controls | 450 | FL-2-4 | |
| 3. Guidelines | 450 | FL-3-4 | |
| 4. Complexity | 325 | FL-4-5 | |
| 5. Scope and Effect | 325 | FL-5-5 | |
| 6. Personal Contacts 7. Purpose of Contacts | 180 | FL-6/7 3C | |
| 8. Physical Demands | 50 | FL-8-3 | |
| 9. Work Environment | 50 | FL-9-3 | |
| Total Points | 3380 | Grade Conversion (3155-3600) | Grade: 13 |

**Recommendation:** Criminal Investigator (Special Agent), GS-1811-13

_Deborah Jones_, HR Contract Classifier

February 17, 2015
Date

# Request for Drug Testing Determination

To: **Sheila Tate-Christian**, Drug Testing Designation Coordinator
Office of Human Resources & Professional Development (HRPD)
CC: Wanda Gill, HRPD, HRIC

From: *Deborah Jones*

*Human Resources Specialist (Contractor)*

Subject: Position Description#: *16-131*

Position Title, Series & Grade: *Criminal Investigator, GS-1811-13*

Please review the attached position description for the determination √ below. Please annotate your determination by selecting the appropriate response. Sign and date under the determination and return to me when completed. If you have any questions, please feel free to contact me on *202-648-8823*. Thank you for your assistance.

( √ ) Designated Position for Drug Testing:

⬤ *Yes, Drug Testing is Required for this position.*

◯ *No, Drug Testing is NOT Required for this position.*

/s/ *Signature by email:*  Date: 12/1/16

**Reason for Submission** (selecting the reason for new request):

*Redescription/Encumbered: (if so, how many employees)*: 229

# Request for Financial Disclosure Determination

To: **Anthony Torres**, Attorney
ATF Office of Chief Council

From: *Deborah Jones*

*Human Resources Specialist (Contractor)*

Subject: Position Description#: *16-131*

Positon Title, Series & Grade: *Criminal Investigator, GS-1811-13*

Please review the attached position description for financial disclosure determination. Please annotate your determination by selecting the appropriate response. Sign and date under the determination and return to me when completed. If you have any questions, please feel free to contact me on *202-648-8823* . Thank you for your assistance.


( √ ) Financial Disclosure Determination:

- ◯ *Requires Executive Personnel Financial Disclosure*
- ◯ *Requires Employment and Financial Interest*
- ◉ *Requires Neither*


ANTHONY TORRES  Digitally signed by ANTHONY TORRES
Date: 2016.12.02 09:04:15 -05'00'

/s/ *Signature email*                     Date

P00382



U.S. Department of Justice

Bureau of Alcohol, Tobacco, Firearms and Explosives

Washington, DC 20226
www.atf.gov

SEP 14 2016

605010:LRR
8620

MEMORANDUM TO: Chief, Classification Management Branch

FROM: Chief, Personnel Security Branch

SUBJECT: Position Sensitivity Designation

This ATF position is designated National Security, Critical Sensitive (CS), as a condition of employment[1], which requires the incumbent to obtain and maintain eligibility for or access to classified National Security Information at the Top Secret level. The position description should indicate level 3-Critical Sensitive. This decision was made by the Deputy Director and documented in a memorandum dated September 7, 2016 entitled ATF Position Designations. If you have any questions regarding this designation, feel free to contact me at (202) 648-9260.

Renee Reid

---

[1] Executive Order 12968, *Access to Classified Information*, Section 2.1 (b) (2).

P00383