**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

James A. Burk, Jr., et al.,

Plaintiffs,

v.

City of Columbus, et al.,

Defendants.

Case No. 2:20-cv-6256

Judge James L. Graham

Magistrate Judge Chelsey M. Vascura

**AFFIDAVIT OF SARAH AL MALIKI**

STATE OF OHIO

COUNTY OF FRANKLIN, SS:

1. I, Sarah Al Maliki, having been first duly cautioned and sworn, do hereby swear, depose, state, and affirm the following under penalty of perjury.

2. I am over the age of eighteen. I have personal knowledge of the facts stated in this affidavit. I am competent to testify to the facts stated in this affidavit and to the contents of the records cited.

3. I understand this affidavit will be filed in the above-captioned civil action, which was filed by James Burk.

4. On July 7, 2020 I was at my home located at 3359 Edgebrook Drive Dublin Ohio 43017.

5. At all relevant times, I was at home alone with my three young children.

6. At all relevant times, my husband Alla Alsulaiman was away from home and at work.

7. At approximately 1:50 p.m. a man, who I now know to be James Burk, knocked on my front door. He knocked very loudly and several times.

8. I went to my front door and verbally responded to Mr. Burk without opening the door.

9. Through the front door, I asked Mr. Burk why he was at my house.

10. Mr. Burk told me that he was looking for my husband, Alaa Alsulaiman. I responded and informed Mr. Burk that my husband was not at home.

11. Mr. Burk yelled in response, "You are a liar!" He then ordered me to open the front door.

12. I responded and told Mr. Burk that I could not open the door because I was alone in the home with my children.

13. Mr. Burk then threatened me that he would stay at my front door all day. He again ordered me to open the door to which I replied that I could not.

14. Mr. Burk continued to bang forcefully on my front door.

15. At some point, Mr. Burk also informed me that he was a law enforcement agent. I did not believe Mr. Burk when he told me that he was a law enforcement agent and asked to see his badge.

16. Mr. Burk then showed me something and I was unsure of whether this was an official badge or not.

17. I told Mr. Burk through the front door that I was going to call 911 to which Mr. Burk responded that I could not.

18. Because I was frightened for myself and my children, I called 911 and was placed in contact with a 911 dispatcher.

19. The attached audio files marked Exhibit 1 and Exhibit 2 are a fair and accurate recording of the 911 call that I made on July 7, 2020 in response to Mr. Burk being at my home.

20. While on the phone with 911, I informed Mr. Burk that I was in contact with the police.

21. While on the phone with 911, I went to the basement of my home and took my three children with me.

22. The front door of my home was locked for the duration of this encounter.

**FURTHER AFFIANT SAYETH NAUGHT**

**SARAH ALMALIKI**

Sworn to before me and subscribed in my present on March 2, 2023.

NOTARIAL SEAL
STATE OF OHIO

SAMANTHA HOBBS
ATTORNEY AT LAW
NOTARY PUBLIC
STATE OF OHIO
My Comm. Has No
Expiration Date
Section 147.03 R. C.

**NOTARY PUBLIC – STATE OF OHIO**

My commission expires: N/A