# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **James A. Burk, Jr., et al.** | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. 2:20-cv-6256 |
| | : | |
| v. | : | Judge Graham |
| | : | |
| **City of Columbus, et al.,** | : | Magistrate Judge Vascura |
| | : | |
| Defendants. | : | |

## PLAINTIFFS' NOTICE OF FILING DEPOSITION

Please take notice that Plaintiffs are filing the attached deposition of Sarah Al Maliki, taken May 25, 2023 in this matter.

                                                  Respectfully submitted,

                                                  /s/ Barton R. Keyes

| | |
|---|---|
| Rex H. Elliott | (0054054) |
| Barton R. Keyes | (0083979) |
| Jonathan N. Bond | (0096696) |

Cooper Elliott
305 West Nationwide Boulevard
Columbus, Ohio 43215
(614) 481-6000
(614) 481-6001 (Facsimile)
rexe@cooperelliott.com
bartk@cooperelliott.com
jonb@cooperelliott.com

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Filing Deposition was filed electronically and served electronically on the following counsel of record, this 22nd day of September, 2023:

> Alexandra N. Pickerill, Esq.
> Samantha M. Hobbs, Esq.
> Assistant City Attorneys
> City of Columbus, Department of Law
> Zach Klein, City Attorney
> 77 North Front Street
> Columbus, Ohio 43215
> ANPickerill@columbus.gov
> SMHobbs@columbus.gov
>
> Attorneys for Defendants

/s/ Barton R. Keyes