IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

- - -

JAMES A. BURK, JR.,              :
et al.,                          :
                                 :
        Plaintiffs,              :
                                 :
        vs.                      : Case No.
                                 : 2:20-CV-6256
CITY OF COLUMBUS, et             :
al.,                             :
                                 :
        Defendants.              :


- - -

MAY 25, 2023

        Remote Deposition of SARAH AL MALIKI,

taken pursuant to notice and conducted at the

location of the witness in Lewis Center, Ohio,

commencing at 10:00 a.m. Eastern Standard Time, on

the above date, before Sara S. Clark, Registered

Professional Reporter, Registered Merit Reporter,

and Certified Realtime Reporter.


- - -

Reported by:  Sara S. Clark, RMR/CRR/CRC

Integrity Reporting Group
614.875.5440
www.IntegrityReportingGroup.com

- - -

2

```
 1              A P P E A R A N C E S

 2                      (via Zoom)

 3   ON BEHALF OF THE PLAINTIFFS:

 4   COOPER ELLIOTT
     BY:  JONATHAN N. BOND, ESQ.
 5   305 West Nationwide Boulevard
     Columbus, Ohio 43215
 6   614.481.6000
     jonb@cooperelliott.com
 7

 8   ON BEHALF OF THE DEFENDANTS:

 9   CITY OF COLUMBUS, DEPARTMENT OF LAW
     BY:  ALEXANDRA N. PICKERILL, ESQ.
10   BY:  SAMANTHA M. HOBBS, ESQ.
     Assistant City Attorneys
11   77 North Front Street
     Columbus, Ohio 43215
12   614.645.7385
     ANPickerill@columbus.gov
13   SMHobbs@columbus.gov

14                      - - -

15   ALSO PRESENT:

16       Rachel Veneman, Law Clerk
         Tristan Monteith, Law Clerk
17       Daemon Rhein, Law Clerk

18                      - - -

19

20

21

22

23

24

25
```

3

```
 1                      I N D E X

 2                         - - -

 3    WITNESS                                  PAGE

 4    SARAH AL MALIKI
```

```
 5    Examination By Mr. Bond:                   4
      Examination By Ms. Pickerill:             26
 6    Further Examination By Mr. Bond:          36
      Further Examination By Ms. Pickerill:     38
 7                         - - -

 8    EXHIBIT           DESCRIPTION             PAGE

 9    Exhibit 1     Video                         9

10    Exhibit 2     Video                        14

11    Exhibit 3     911 Audio Recording         18

12    Exhibit 4     Affidavit of Sarah          26
                    Al Maliki
```

```
13

14                         - - -

15

16

17

18

19

20

21

22

23

24

25
```

4

```
 1                        - - -

 2                P R O C E E D I N G S

 3                        - - -

 4          STENOGRAPHER:  Do all parties agree to

 5   the remote swearing in of the witness?

 6          MR. BOND:  Plaintiff agrees.

 7          MS. PICKERILL:  Defendants agree as

 8   well.

 9          THE WITNESS:  Yes.

10                        - - -

11                   SARAH AL MALIKI

12     being by me first duly sworn, as hereinafter

13       certified, testifies and says as follows:

14                      EXAMINATION

15   BY MR. BOND:

16      Q.   Hi, Sarah.  Good morning.  My name is

17   Jon and I represent Agent Jim Burk in an action he

18   has against the City of Columbus related to an

19   incident that took place outside of your apartment

20   on Edgebrook Drive in 2020.

21          Do you remember that encounter?

22      A.   Yes.

23      Q.   Before we get into that, why don't we

24   just do some background about you.

25          Can you just tell me your full name.
```

```
 1        A.    Sarah Al Maliki.  S-A-R-A-H, A-L
 2   M-A-L-I-K-I.
 3        Q.    And, Sarah, what is your address?
 4        A.    Now, or --
 5        Q.    Now.
 6        A.    342 Holly Grove Road.  The ZIP code
 7   43035.
 8        Q.    And what is your cell phone number?
 9        A.    614-369-7088.
10        Q.    Sarah, are you a United States citizen?
11        A.    No.
12        Q.    Okay.  Where are you a citizen of?
13        A.    From Iraq.
14        Q.    Okay.  And how long have you been in the
15   United States?
16        A.    Almost seven years.
17        Q.    Tell me, what -- is English your first
18   language or is that your second language?
19        A.    No, that's my second language.
20        Q.    And what's your first language?
21        A.    Arabic.
22        Q.    And how long have you been speaking
23   English?
24        A.    Like, when I came here.  Like -- more
25   than seven years.  Because we use English in our
```

1    country, but we don't speak it.

2         Q.   Okay.  I'm taking your deposition today.

3    Have you ever had your deposition taken before?

4         A.   No, this is the first time.

5         Q.   Okay.  I'll just give you some quick

6    rules.  You're doing a great job so far, but I'm

7    just going to ask you a series of questions about

8    what you remember.  Let's try not to talk over

9    each other.  So wait until I'm done with my

10   question before you start answering and I'll wait

11   for you to finish your answer before I ask the

12   next question so we don't, you know, end up

13   talking over each other.

14            If I ask a question that's confusing or

15   you're not sure, ask me to clarify or just tell me

16   you're confused and I'll ask you in a different

17   way that might make more sense.

18        A.   Yes.

19        Q.   I don't anticipate that we're going to

20   be very long today, but if you do need a break at

21   any point in time, just ask for a break.  If you

22   need to go to the bathroom, just let me know.

23   That's perfectly fine.

24            And then lastly, you did take an oath,

25   so do you understand that you have to tell the

1    truth today?

2         A.    Yes.

3         Q.    Okay.  So that encounter where

4    Agent Burk came to the door of your apartment --

5         A.    Yes.

6         Q.    -- that was on July 7th, 2020.  Is that

7    how you remember it?

8         A.    Yes.

9         Q.    Okay.  And when Agent Burk came to your

10   door in 2020, it was in the afternoon, yes?

11        A.    Yes, afternoon.

12        Q.    And it was a sunny day that day, yes?

13        A.    Yes.  Sunny day, yeah.

14        Q.    And when Agent Burk knocked on your

15   door, you kept the door closed, yes?

16        A.    Yes.

17        Q.    And then you talked to Agent Burk

18   through that closed door, yes?

19        A.    Yes.

20        Q.    Okay.  And you both could hear each

21   other?

22        A.    Could you repeat again?

23        Q.    You both could hear each other even

24   though --

25        A.    Yes.

8

1     Q.   -- the door was closed?

2     A.   I can hear him and he can hear me, yes.

3     Q.   And you could see Agent Burk as well?

4     A.   No, I cannot see him.  But I open the

5 window and see him through the window.

6     Q.   Okay.  So when --

7     A.   I opened the curtain.  Not the window,

8 the curtain.

9     Q.   Okay.  So when you told the police or

10 talked to the 911 operator and you said, "I could

11 see him.  He's standing in front of my door," you

12 were looking at him through the window?

13     A.   When I talk with the police office, 911,

14 I'm in my kitchen.  That's in the front.  But I

15 see him before I talk with the police.

16     Q.   Okay.  So at a certain point in time,

17 you could see him through your window?

18     A.   Yes.  I -- at the certain time, no.  I'm

19 in the kitchen.  When I called the 911, I'm in the

20 kitchen.

21     Q.   Okay.  And when you saw Agent Burk, he

22 had a piece of paper in his hands, yes?

23     A.   I don't remember the paper.

24     Q.   And while you waited for the police to

25 show up, Agent Burk was standing in front of your

1    door, yes?

2         A.   Yes.

3         Q.   I want to fast-forward to kind of the

4    end of the encounter before we get into it and

5    then kind of work our way back.

6              Do you remember -- so after everything

7    kind of settled down a little bit, do you remember

8    the police came and talked to you afterwards to

9    ask you what happened?

10        A.   Yes, I remember the police come and talk

11   with me.

12        Q.   And you told those police officers who

13   came and talked to you about what happened, you

14   told them the truth, correct?

15        A.   Yes.

16             MR. BOND:  I'm going to show the witness

17   what I'll mark as Plaintiffs' Exhibit 1.

18                       - - -

19             (Plaintiffs' Exhibit 1 marked.)

20                       - - -

21             MR. BOND:  Hang on one second here.

22             I'm going to share my screen with you

23   and let me know if you can see it.  Hold on.

24   BY MR. BOND:

25        Q.   Can you see my screen, Sarah?

1    A.   Yes.

2    Q.   Okay.  And I'm going to play this video

3    for a few seconds and then ask you a question

4    about it.  Okay?

5    A.   Okay.

6         (Video played.)

7    Q.   Okay.  So I paused this video,

8    Exhibit 1, at the 17 minute, 6 second mark.

9         Is that you that I see standing in the

10   doorway in the dress?

11   A.   Yes.

12   Q.   I'm going to hit play again starting at

13   17 minutes and 6 seconds and play the next

14   segment.

15        (Video played.)

16   A.   I can't hear anything.

17   Q.   You can't hear it, Sarah?

18   A.   Yeah.

19        MR. BOND:  Allie, can you hear anything

20   on this either?

21        MS. PICKERILL:  (Shakes head.)

22        MR. BOND:  I don't know the best way to

23   do this.

24        Can we go off the record for a second.

25        (Discussion held off the record.)

1            MR. BOND:  So I'm going to play a clip

2    and then I'm going to ask Sarah some questions

3    about it.

4            Are you ready?

5            (Video played.)

6            MR. BOND:  So I just played it from

7    17:07 to 17:20.

8    BY MR. BOND:

9        Q.    So this officer in this clip, he asked

10   you, Sarah, what happened, and then you tell this

11   officer that Agent Burk told you that you had to

12   open the door because he's police, yes?

13       A.    Yes.  Yes, he told me that.

14       Q.    And this wasn't in this conversation,

15   but I remember you telling the 911 operator at one

16   point Agent Burk also showed you his badge, yes?

17       A.    Yes, he showed me his badge after our

18   conversation.

19       Q.    Did he show you his badge through the

20   window, or how did you see it?

21       A.    Through the window.

22       Q.    Okay.  And then you told Agent Burk that

23   you could not open the door because your husband

24   was not there, yes?

25       A.    Yes.

1    Q.   And while you were talking to Agent Burk

2  during this time, he was not trying to hide from

3  you, yes?

4    A.   What do you mean he tried not to hide?

5    Q.   He wasn't hiding?  He was still just

6  standing in front of your door, correct?

7    A.   Yes, he's still.

8    Q.   And during this time, Agent Burk didn't

9  try to break your door down, did he?

10    A.   He didn't try to break my door, but he

11  knocked very hard.  He knocked very hard.  He

12  tried to scare me, to force me to open the door.

13    Q.   So he knocked on your door hard, yes?

14    A.   Yes, very hard.

15    Q.   And he was asking you to open the door,

16  yes?

17    A.   Yeah.  And when I told him my husband

18  not here, he say, "Liar.  You are liar."  That's

19  why I didn't trust him.

20    Q.   Okay.  And then a few minutes after

21  Agent Burk first arrived at your door, you called

22  the police, yes?

23    A.   Excuse me.  Again?

24    Q.   You ended up calling the police, yes?

25    A.   Yes, I called the police, yeah.

1     Q.   And you told whoever you spoke to on the

2  phone --

3     A.   Yes.

4     Q.   -- the truth about what was happening,

5  yes?

6     A.   Yes.

7     Q.   Okay.  And how long was it from when

8  Agent Burk started knocking on your door to when

9  you called the police?

10     A.   I don't remember exactly, but what may

11  be three minutes, five minutes.  I don't remember

12  exactly.

13     Q.   So a few minutes?

14     A.   Yeah.  But, you know, I think it take

15  long time, but I don't remember what, because I'm

16  scared.  I see, like, maybe one minute, it's maybe

17  long time for me.  Maybe five minutes.  I don't

18  know.  Three minutes, five minutes, something like

19  that.

20     Q.   Okay.

21     MR. BOND:  I'm about to share the screen

22  again to show the witness -- and Sara, I'll send

23  you the videos afterwards so you have them -- what

24  we're going to call Plaintiffs' Exhibit 2.

25

```
 1                        - - -

 2              (Plaintiffs' Exhibit 2 marked.)

 3                        - - -

 4              MR. BOND:  Hang on one second.

 5   BY MR. BOND:

 6       Q.   Sarah, can you see this video that's on

 7   the screen?

 8       A.   Yes.

 9       Q.   Okay.  I have Exhibit 2 starting at the

10   49 second mark.  I'm going to play it for a few

11   seconds and then stop it.

12              (Video played.)

13       Q.   Sarah, I paused at 1 minute, 5 seconds.

14              That's you in the doorway again, yes?

15       A.   Huh?

16       Q.   That's you, again, in the doorway,

17   that's who that is?

18       A.   Yes.

19       Q.   Okay.  Then let me hit play again from

20   the 1 minute, 5 second mark.

21              (Video played.)

22       A.   I don't see the picture.  Just the

23   sound.  Is that okay?

24       Q.   Yep, yep.  That's just the way the video

25   is.  I'll ask you about it in a second.
```

1                 (Video played.)

2         Q.    Could you hear what was being said

3    there?

4         A.    Yes, I hear.

5         Q.    And that's your voice, right, at the

6    1 minute, 24 second mark where I just paused it,

7    that's you speaking?

8         A.    Yes, that's me.

9         Q.    Let me hit play again from 1 minute, 24.

10   Hold on.  I'm going to skip slightly ahead.

11                I'm at 1 minute, 38 and I'm going to hit

12   play.

13                (Video played.)

14        Q.    Okay.  So I just played it from

15   1 minute, 38 to 1 minute, 50.

16                That was still you talking in that clip,

17   yes?

18        A.    Yes.

19        Q.    Okay.  So in this clip, you told this

20   officer that you told Agent Burk that you were

21   going to call the police, yes?

22        A.    Yes.

23        Q.    And then you say to this officer that

24   Agent Burk said to you, "Yes, you can call them,"

25   yes?

1      A.   Yes.

2      Q.   So then you did call the police, yes?

3      A.   Yes, I did.

4      Q.   And then you talked to someone on the

5  phone who worked with the police, yes?

6      A.   Yes.

7      Q.   And when you called the police,

8  Agent Burk did not run away, right?

9      A.   No.

10     Q.   Okay.  He stayed in front of your door,

11 yes?

12     A.   Yes.

13     Q.   And he waited there until the police got

14 there, yes?

15     A.   Yes.

16     Q.   And when you were on the phone with the

17 police, you asked Agent Burk what police

18 department he worked for, yes?

19     A.   Yes, sir, I ask him.

20     Q.   And he told you he worked for ATF, yes?

21     A.   Yes.

22     Q.   Okay.  And then you told the person on

23 the phone that Agent Burk said he was with ATF,

24 yes?

25     A.   Yes.

1    Q.   Okay.  And then Agent Burk also told you

2  his name, yes?

3    A.   Yes.

4    Q.   And you told Agent Burk's name to the

5  person on the phone, yes?

6    A.   I told Agent Burk what?

7    Q.   You told his name to the person you were

8  speaking to on the phone.

9    A.   Yes, I told 911 his name.  And I told

10  James that I'm on with 911.

11    Q.   Okay.  So when you were on the phone

12  with 911, you also asked Agent Burk for his badge

13  number, yes?

14    A.   Yes.

15    Q.   And Agent Burk told you his badge

16  number, yes?

17    A.   Yes.

18    Q.   And then you told Agent Burk's badge

19  number to the person on the phone, yes?

20    A.   Yes.

21    Q.   And you also told Agent Burk that the

22  police were coming, yes?

23    A.   Yes.  When I ask him about his name and

24  his badge number, I already told him I'm with the

25  police on the phone, but he keep knocking on the

1    door.

2         Q.    Okay.

3         A.    He know I'm with the police on the phone

4    but he kept knocked on the door.

5         Q.    And when you told him the police were

6    coming, he did not run away, yes?

7         A.    Yeah, he did not run away.

8         Q.    He stayed at your front door, yes?

9         A.    Yes.

10        Q.    And he waited for the police to show up,

11   yes?

12        A.    Yes.

13        Q.    And while you were waiting for the

14   police to come and you were on the phone with 911,

15   Agent Burk didn't try to break into your home,

16   right?

17        A.    He didn't, but he kept knocked the door

18   even though he know the police would come.

19        Q.    All right.  Next I'm going to have you

20   listen to a little portion of the 911 call that

21   we're going to mark as Exhibit 3.

22                         - - -

23             (Plaintiffs' Exhibit 3 marked.)

24                         - - -

25

1   BY MR. BOND:

2       Q.   Sarah, do you see a blank screen with

3   the media player on your device?  Do you see that?

4            I'm going to hit play for a few seconds

5   and ask you a couple questions.

6            Actually, before I start, have you

7   listened to your 911 call before?

8       A.   Yes.

9       Q.   Okay.  When did you listen to it?

10      A.   Like, I don't remember.  Maybe three

11  days ago.

12      Q.   Okay.  And why did you listen to it?

13      A.   Because I have the deposition.  That's

14  why I listen to.

15      Q.   Who sent it to you?

16      A.   Columbus City attorney.

17      Q.   Who at the Columbus City attorney?

18      A.   The lawyer, Allie.

19      Q.   Allie, who is on the screen?

20      A.   Yes.

21      Q.   Okay.  Hold on one second.

22           I'm going to hit play.  We're at the 8

23  second mark on Exhibit 3.

24           (Audio played.)

25      Q.   So I paused it at the 30 second mark.

1            Sarah, that's your voice, right?

2      A.   Yes.

3      Q.   I'm going to skip ahead to around 1:30.

4  Hang on one second.  I'm at 1:29, and I'm going to

5  play again.  Okay?

6            (Audio played.)

7      Q.   Okay.  So I paused it at 1 minute, 46

8  seconds.

9            The 911 operator asked you if he had

10 showed you a badge and you said, "Yes, he showed

11 me his badge," yes?

12     A.   Yes.

13     Q.   Okay.  I'm going to hit play again and

14 listen to the next part.

15           (Audio played.)

16     Q.   And then I paused it at the 2 minute

17 mark exactly.

18           Sarah, you said -- she asked you if

19 there's a name and number on it and you said no,

20 there's only a signal or symbol.

21           Do you know what you were saying there?

22     A.   Maybe I say signal.  I don't remember,

23 yeah.

24     Q.   Do you think you're saying "symbol," or

25 do you think you're saying "signal"?

1      A.   Maybe signal.

2      Q.   And do you know what you meant by that?

3      A.   I meant, like -- maybe I meant, like,

4  the ID, it look like stars or something like that.

5  I don't remember.

6      Q.   So you meant there was some sort of

7  symbol or something that you could see on the

8  badge, like looking at a coin, for example?

9      A.   Yeah.  Yes, that's what I mean.

10     Q.   Okay.  All right.  I want to show you

11  one more thing.  I'm going to show you this.  I'm

12  not going to mark it.  But hang on one second.

13          Sarah, do you see this document on the

14  screen?

15     A.   Yes.

16     Q.   Do you recognize this?

17     A.   Yes.

18     Q.   Okay.  And then I'm going to scroll to

19  the last page.

20          Is that your signature at the top?

21     A.   Yes.

22     Q.   Okay.  Did you type this document on

23  your computer?

24     A.   Huh?

25     Q.   Did you type this document?

1      A.   That's me.  I print it by myself?  Do

2  you mean I print it by myself, or what --

3      Q.  No.  I mean, did you write it?

4      A.   What do you mean by "write it"?  Like,

5  write it by myself?

6      Q.  Did you write these words?  Did you go

7  into your computer and create this document, or

8  was it sent to you?

9      A.   This document, the attorney of Columbus

10  City talk with me through the phone and we do it

11  together.

12      Q.  Okay.  So you're saying she was talking

13  to you and she was typing, or did she talk to you

14  and then later on send you this typed-up document

15  for you to sign?

16      A.   She talk with me.  Then she send me a

17  paper.  Then I told her to change some part on it.

18  Then she type it again.  I read it and see it,

19  then I sign it.

20      Q.  Okay.  And were you sending these

21  versions of this in email?

22      A.   No.  I got them to their office and sign

23  it.

24      Q.  And how was it sent to you?  Was it sent

25  to you --

1        A.   By email, yes.  By email.

2        Q.   And do you still have those emails?

3        A.   Yes, I still have them.

4        Q.   Okay.  And what did you change?

5        A.   You know, I don't remember what I

6   change, but -- do you want me to open the email

7   and see?

8             (Witness reviews document.)

9             MS. PICKERILL:  While we're waiting, I'm

10   just going to put an objection on the record to

11   the work product nature of these drafts.

12             But you can carry on once we're ready.

13             (Pause in proceedings.)

14   BY MR. BOND:

15        Q.   How many different drafts were sent to

16   you, Sarah?

17        A.   Two.  But I can't find them.  That's why

18   I try to open.

19        Q.   So did you change words around?  Do you

20   know what you changed?

21        A.   Yeah.  I change the part, 16.  Show me

22   something.  Could you open your 16?

23        Q.   Yeah, I'm looking at it right there.

24             "Mr. Burk then showed me something and I

25   was unsure of whether this was an official badge

1   or not."

2          A.   Yes, I changed this part.

3          Q.   Okay.  What did it say before?

4          MS. PICKERILL:  Objection; that's

5   privileged under work product.

6          MR. BOND:  I mean, this is a third

7   party.  You don't get to claim work product when

8   you're doing a statement from an independent third

9   party.  If it was your client's statement in

10   anticipation of litigation, that's fine.

11          MS. PICKERILL:  My understanding from

12   looking at the case law is that all drafts of

13   affidavits and other filings with the court are

14   going to be privileged work product material.

15          MR. BOND:  Are you instructing the

16   witness not to answer, who is not your client?

17          MS. PICKERILL:  No.  That's why I

18   certainly didn't say that.  I told you that I'm

19   objecting under privilege.

20   BY MR. BOND:

21          Q.   All right.  Sarah, what did it say

22   before, Number 16?

23          A.   I don't remember.  I can't answer.

24          Q.   Did you change any other numbers besides

25   16?

1     A.   No.

2     Q.   That's it?

3     A.   Yes, that's it.

4     Q.   You made changes to 16 and then you

5   signed this document?

6     A.   Yes.

7     Q.   And you did not type this document?

8     A.   Huh?

9     Q.   You didn't type this document; someone

10  else did, yes?

11    A.   Yes, but we do it together.

12    Q.   Other than in connection with this

13  document, did you have any other conversations

14  with Ms. Pickerill?

15    A.   Who is Ms. --

16    Q.   Allie Pickerill.  Did you talk to Allie

17  on the phone other than about this document?

18    A.   No.  We talk about this document.  Just

19  this document.

20    Q.   Okay.

21         MR. BOND:  All right.  That's all of the

22  questions I have.

23         MS. PICKERILL:  All right.  Thank you.

24

25

1                    EXAMINATION

2   BY MS. PICKERILL:

3        Q.   Good morning, Sarah.  Like we just kind

4   of talked about, you and I have spoken on the

5   phone before and we met in person to sign this

6   affidavit.

7        A.   Yes.

8        Q.   Have you and I met in person any other

9   time?

10       A.   Like just when we sign it.  Only when we

11  sign it.

12       Q.   Did you know me before we talked on the

13  phone the one time about this case?

14       A.   No.

15       Q.   Okay.  Did you know either of the

16  Columbus police officers before you filled out

17  this affidavit?

18       A.   No.

19            MS. PICKERILL:  I'm going to share my

20  screen with the affidavit again and mark it as an

21  exhibit for the deposition.

22            THE WITNESS:  Yes.

23                         - - -

24            (Plaintiffs' Exhibit 4 marked.)

25                         - - -

1   BY MS. PICKERILL:

2        Q.   Can you see that?

3        A.   Yes.

4        Q.   Okay.  Is everything in this affidavit

5   true to the best of your memory?

6        A.   Yes, sir.  From my memory, I -- yes, I

7   think all of the stuff is true.  But when I hear

8   the sound -- the video that he play, when I say,

9   "He say I couldn't call the police," but then I

10  tell the police, "Yes, he told me yes, call the

11  police."

12       Q.   That's okay.  It was a long time ago.

13       A.   Yeah.  Yes.  This surprise me.  I don't

14  remember.

15       Q.   Sitting here today, do you remember

16  whether or not Mr. Burk told you that you couldn't

17  call the police?

18            And if you don't remember, that's okay,

19  too.

20       A.   You know, I don't know, because I say

21  is -- no, I don't remember.  Yeah, I don't

22  remember.

23       Q.   I understand.

24       A.   Yeah.  Because I think I say "no," but

25  when I hear the video, I say "yes."  I don't know

1    if that happened or not.

2         Q.   When you signed the affidavit, did you

3    truly believe that what he told you was that you

4    could not call the police?

5         A.   When I sign it?

6         Q.   Yes.

7         A.   Yes, I thought he told me "no."  Yeah.

8         Q.   Okay.

9         A.   Yeah.

10        Q.   So can you -- I want you to kind of walk

11   me through what happened a little bit.

12             What do you first remember about

13   Mr. Burk showing up at your house?

14        A.   I remember that the door knocked very

15   hard.  I go to the door to respond to him.  He ask

16   me about my husband.  I told him he's outside.

17   He's not here.  And he say, "Open the door.  Open

18   the door."  I told him, "I can't open the door,

19   I'm sitting with my kids alone by myself.  My

20   husband not here.  Why I open the door?"  And he

21   told me, "Liar."  And he -- like, he screaming on

22   me.  And he knocked very hard.  He scared me.

23   That why I didn't believe him.  I call the police

24   to see if he's right with the police or not.  That

25   the reason led me to call the police.

1      Q.    When you say you didn't believe him, do

2   you mean you didn't believe that he was a police

3   officer?

4      A.    Yes.  Because he act very aggressive and

5   he say liar with no reason.  I didn't do anything

6   wrong to tell me, "Liar.  You're a liar.  Open the

7   door.  Open the door."  And he knocked very hard.

8   Tried to force me to open the door.

9      Q.    How did he try to force you to open the

10  door?

11     A.    Like, all the time he don't stop

12  knocked.  He keep knocked.  When I talked, he

13  knocked, he knocked, he knocked.

14     Q.    Did you get the impression that he was

15  going to leave your house before --

16     A.    No.

17     Q.    -- you opened the door?

18     A.    No.  He say, "If you don't open the

19  door, I stay until night.  I knock the door."

20  That's why I call police.  Because he say, "I will

21  stay until night.  Knock the door this hard."  My

22  kids start crying, we scared.

23     Q.    When he told you that he would stay at

24  your house all night if you didn't open the door,

25  did you feel threatened by that?

1      A.   Yes, I feel threaten, because I'm afraid

2   if he can break the door and get in.  Because I

3   don't know if he's police or not.  That's why.

4      Q.   When you were able to see him out the

5   window, did he have on a police uniform or

6   anything like that?

7      A.   No.  No, that's why.  He wear, like,

8   pants -- regular pants and shirt.  And there is no

9   police car outside.

10      Q.   Did his clothes have any, like, big

11   lettering on them that said ATF or anything like

12   that?

13      A.   No.  Nothing.  Nothing.

14      Q.   When you were able to look at him out

15   the window, did you notice whether he was wearing

16   a police badge sort of on a necklace or --

17      A.   No, he didn't wear that.  I think he

18   didn't.

19      Q.   You told us that he told you to open the

20   door and then he called you a liar.

21      A.   Yes.

22      Q.   Do you remember anything else that he

23   said to you?

24      A.   I remember he said, "Liar.  Liar.  Open

25   the door."  That's how I remember.

1      Q.   When you told him -- scratch that.

2           When he told you that he would stay at

3  your house all day, how did you respond to that?

4      A.   I already got to call 911 when he did

5  that.

6      Q.   Okay.  And did he respond to you at all

7  the various times you told him you were calling

8  911?

9      A.   No, he didn't.  He keep knock the door.

10  Even when I got off the phone.  I already told him

11  I'm with the 911, and he keep knock the door.

12  "Open the door," say, "Open the door.  Open the

13  door."  And I already told him, "911 will come.

14  The police will come."

15      Q.   When you very first heard him knock on

16  the door --

17      A.   Yes.

18      Q.   -- and you didn't yet know who it was --

19      A.   Yes.

20      Q.   -- why didn't you open the door?

21      A.   Because the -- he knocked very hard.

22  That's why.  That surprised me.  That's why.  He

23  knocked very hard at the beginning.  Like not the

24  regular knocked.

25      Q.   And is --

```
 1       A.    I thought something was happening.

 2       Q.    Sorry.  Say that one more time.

 3       A.    Like, I thought, like, something

 4  happened, why he knock the door this hard.

 5       Q.    When you say you thought maybe something

 6  happened, what do you mean?

 7       A.    I don't -- like, it's not the regular

 8  thing.  It's not regular thing.

 9       Q.    Eventually did you go down into your

10  basement?

11       A.    Yes.  I get my kids and get down to the

12  basement.

13       Q.    You had two kids at home with you?

14       A.    Three.

15       Q.    Three kids?

16       A.    Yes.

17       Q.    And all four of you went down to the

18  basement?

19       A.    Yes.

20       Q.    Why did you do that?

21       A.    Because I'm scared when the police come

22  and the 911 told me to go to the safe place.

23  Because I'm afraid if someone going to shot or

24  something like that, shot gun, or -- yeah.  So I

25  take my --
```

1      Q.   Did you notice if Mr. Burk had a gun

2   when he was at your front door?

3      A.   No, I --

4      Q.   Okay.

5      A.   I don't remember.

6      Q.   So you didn't see the Columbus police

7   officers arrive there because you were in the

8   basement; is that right?

9      A.   At the beginning when I saw them, I take

10  my kids and went to the basement --

11     Q.   Okay.

12     A.   -- when I saw them.

13     Q.   Did you purposefully wait for the CPD to

14  arrive before you went to the basement?

15     A.   Yes, because -- yes, I'm waiting to see

16  if someone coming, to -- yeah.

17     Q.   Did you recognize those police officers

18  immediately as police officers?

19     A.   Yes, by their uniform.  Yeah, by their

20  uniform.

21     Q.   Okay.  And so if someone showed up at

22  your house and said that they were a police

23  officer, what would you expect to see that person

24  wearing or acting or doing?  What would you expect

25  from a police officer?

1       A.    At least I expect they act nicely, why

2    they shout or they say liar or they do -- insult

3    me.  Why?  I didn't do anything wrong.  At least

4    they --

5       Q.    Did you have --

6       A.    -- act nicely.  And wear, like, uniform.

7       Q.    Before Mr. Burk arrived at your house,

8    did you have any reason to suspect that someone

9    from ATF might be coming to your home?

10      A.    No, no, I didn't suspect that.

11      Q.    Did Mr. Burk ever tell you that he had a

12   warrant to come inside of your home?

13      A.    What you mean by "warrant"?  Like --

14      Q.    So a warrant is a type of legal document

15   that allows police officers to search for certain

16   things and go certain places.  It's like a piece

17   of paper, but if he -- did he ever mention a

18   warrant to you?

19      A.    I don't remember.

20      Q.    Okay.

21      A.    But he just knock the door and say,

22   "Open the door.  Open the door.  I need your

23   husband."  I already told him my husband not here,

24   why you want me to open the door.  He's not here.

25      Q.    Jon asked you about Mr. Burk having some

1  papers in his hand.  Did he ever show you -- did

2  Mr. Burk ever show you what those papers were?

3      A.   No.  He just -- I -- I don't remember,

4  but I think he just show me his badge.  Because

5  the door is closed.  I can't see any paper.

6  Through the window, I can't -- I don't -- I don't

7  remember if he show me paper or not.  I don't

8  think so.

9      Q.   That's all right.

10          We talked a little bit about the badge

11  that he showed you.

12     A.   Yes.

13     Q.   Why were you unsure whether or not it

14  was a real badge?

15     A.   Like, if he show me any badge, how do

16  you know who have this badge?  How do you know?

17  I'm not in the government and know all of the

18  badges or stuff.

19     Q.   And how --

20     A.   I don't know if that's true or that's

21  fake badge.  How can I know?

22     Q.   Is there anything else that you remember

23  about that incident that we haven't asked you

24  about or you want to tell us or that you think is

25  important?

1        A.    No.

2        Q.    When we spoke to write your affidavit --

3        A.    Yes.

4        Q.    -- did I try and persuade you in any way

5   to write any --

6        A.    No.

7        Q.    -- of the affidavit?

8        A.    No, no.

9        Q.    All of the facts in the affidavit, are

10  they true as you remembered them when we signed

11  it?

12       A.    Yes.  When I sign them, yeah.  All of

13  them true.

14       Q.    And you already said this, but you read

15  the affidavit before you signed it?

16       A.    Yes.

17            MS. PICKERILL:  All right.  Thank you

18  very much.  I think those are all of the questions

19  that I have.

20            MR. BOND:  I just had a few more, Sarah,

21  real quick.

22            THE WITNESS:  Yes.

23                  FURTHER EXAMINATION

24  BY MR. BOND:

25       Q.    The 911 call, I remember, you saw -- and

1    Allie touched on this -- you saw the Columbus

2    police officers arrive to your apartment, yes?

3        A.   Yes.  Yes, I saw them.

4        Q.   And you saw them -- that the Columbus

5    police officer had his gun out and pointed at

6    Agent Burk, right?

7        A.   Yes, I saw that, yeah.

8        Q.   And you told the 911 officer -- you

9    sounded surprised when you told the 911 officer

10   that the police showed up with their guns; is that

11   right?

12       A.   Yeah.  I told them they show up with

13   their guns, yeah.

14       Q.   And then you became scared and went into

15   the basement, yes?

16       A.   Yeah.

17       MS. PICKERILL:  Objection.

18       A.   Yeah, I did.  I took my kids and I go to

19   the basement, yeah.

20       Q.   Because you thought someone might get

21   shot or there could be a bullet that --

22       A.   Yeah, maybe some accident happen or

23   maybe they shot us or shot my kids, something

24   through the door or through the window come to us

25   and shot us, yeah.

```
 1            MR. BOND:  That's all I have.

 2            MS. PICKERILL:  Just real quickly.

 3                  FURTHER EXAMINATION

 4  BY MS. PICKERILL:

 5       Q.   Were you aware of Mr. Burk or of the

 6  uniformed police officers on that day?

 7       A.   I'm afraid if he, like, don't responds

 8  to them and they will shoot him, I'm afraid about

 9  that.  Or maybe he has a gun or shoot them, you

10  know.  I'm afraid from that.  Because I don't know

11  who is he and how he can -- what maybe -- I don't

12  know who is he.  That's why.  I thought he's like

13  maybe he's a criminal.  That's why.  I thought

14  maybe he shot them, they shot him.  I'm afraid

15  about that.

16       Q.   Did you feel threatened or scared before

17  the Columbus police officers arrived?

18       A.   Yes, I'm feeling scared.  That's why I

19  called them before they came, yeah.

20       Q.   And before you went into the basement,

21  did you want to make sure that uniformed police

22  came to take care of the incident?

23       A.   Yeah, yeah.  Yeah, that's why I called

24  them.  I want them to come and save me, yeah.

25            MS. PICKERILL:  Thank you.  That's all I
```

```
 1   have.

 2              MR. BOND:  That's it for me, too.

 3              MS. PICKERILL:  We'll order a copy.

 4              MR. BOND:  We'll take a copy.

 5              Right.

 6              (Stenographer instructs witness as to

 7   signature.)

 8              THE WITNESS:  Waive.

 9              (Signature waived.)

10                        - - -

11              Thereupon, the testimony of May 25,

12   2023, was concluded at 10:55 a.m.

13                        - - -

14

15

16

17

18

19

20

21

22

23

24

25
```

40

```
 1                          CERTIFICATE

 2   STATE OF OHIO:
                                  SS:
 3   COUNTY OF DELAWARE:

 4           I, Sara S. Clark, Registered Merit
     Reporter, Certified Realtime Reporter, Certified
 5   Realtime Captioner, a Notary Public in and for the
     State of Ohio, duly commissioned and qualified, do
 6   hereby certify that the within-named SARAH AL MALIKI
     was duly remotely sworn to testify to the truth, the
 7   whole truth, and nothing but the truth.

 8           I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
 9   testimony as taken stenographically by me at the
     time, place, and on the date hereinbefore set
10   forth, to the best of my ability.

11           I DO FURTHER CERTIFY that I am neither
     a relative nor employee nor attorney nor counsel
12   of any of the parties to this action, and that I
     am neither a relative nor employee of such
13   attorney or counsel, and that I am not
     financially interested in the action.
14
             IN WITNESS WHEREOF, I have hereunto set my
15   hand and affixed my seal of office at Delaware,
     Ohio, on this 1st day of June, 2023.
16

17

18
                          _____
19                        Sara S. Clark, RPR/RMR/CRR/CRC
20                        Notary Public, State of Ohio
                          Registered Merit Reporter
21                        Certified Realtime Reporter
                          Certified Realtime Captioner
22

23   My commission expires:  March 10, 2028

24

25
```