**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **James A. Burk, Jr., et al.** | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. 2:20-cv-6256 |
| | : | |
| v. | : | Judge Graham |
| | : | |
| **City of Columbus, et al.,** | : | Magistrate Judge Vascura |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBIT MANUALLY**

Plaintiffs respectfully request leave under Local Civil Rule 5.1(c) to file Exhibit A to their Memorandum in Opposition to Defendants' Motion for Summary Judgment manually. This exhibit is a media file that cannot be filed through CM/ECF. It is currently marked in the record by a placeholder sheet. (ECF No. 65-1.) Plaintiffs request leave to file this exhibit manually on a flash drive or other media device.

Respectfully submitted,

/s/ Barton R. Keyes
Rex H. Elliott                (0054054)
Barton R. Keyes           (0083979)
Jonathan N. Bond        (0096696)
Cooper Elliott
305 West Nationwide Boulevard
Columbus, Ohio 43215
(614) 481-6000
(614) 481-6001 (Facsimile)
rexe@cooperelliott.com
bartk@cooperelliott.com
jonb@cooperelliott.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Motion was filed electronically and served electronically on the following counsel of record, this 22nd day of September, 2023:

>Alexandra N. Pickerill, Esq.
>Samantha M. Hobbs, Esq.
>Assistant City Attorneys
>City of Columbus, Department of Law
>Zach Klein, City Attorney
>77 North Front Street
>Columbus, Ohio 43215
>ANPickerill@columbus.gov
>SMHobbs@columbus.gov
>
>Attorneys for Defendants

/s/ Barton R. Keyes