# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES A. BURK, JR., et al., | |
| Plaintiffs, | Case No. 2:20-cv-6256 |
| v. | Judge James L. Graham |
| CITY OF COLUMBUS, et al., | Magistrate Judge Chelsey M. Vascura |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to S.D. Ohio Civ. R. 83.4(c)(1), (3), Defendants hereby provide notice that Assistant City Attorney Samantha M. Hobbs (0098726) is withdrawing from her representation of Defendants in this matter. Assistant City Attorneys Alexandra N. Pickerill (0096758) and Sheena D. Rosenberg (0088137) will continue on as counsel for Defendants in this matter. The withdrawing attorney is a governmental attorney who will be undergoing a change in employment that will render her ineligible to continue representing the Defendants in this case.

Respectfully submitted,

/s/ Samantha M. Hobbs
Alexandra N. Pickerill (0096758) – Lead
Samantha M. Hobbs (0098726)
Sheena D. Rosenberg (0088137)
Assistant City Attorneys
CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY
77 N. Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
anpickerill@columbus.gov
smhobbs@columbus.gov
sdrosenberg@columbus.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on **January 25, 2024**, I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System.

/s/ Samantha M. Hobbs
Samantha M. Hobbs (0098726)