# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JAMES A. BURK, JR., et al.,

    Plaintiffs,

v.

CITY OF COLUMBUS, et al.,

    Defendants.

Case No. 2:20-cv-6256

Judge James L. Graham

Magistrate Judge Chelsey M. Vascura

## ORDER

The Court hereby grants Defendants' Motion to Modify the Case Schedule and amends the Case Schedule as follows:

- Rebuttal expert identification and reports regarding damages: September 13, 2024
- Damages discovery cut-off: September 30, 2024
- Final pretrial conference: October 18, 2024
- Trial Date: November 4, 2024

IT IS SO ORDERED.

    /s/James L. Graham
JAMES L. GRAHAM
UNITED STATES DISCTRICT JUDGE