IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **James A. Burk, Jr., et al.** | : | |
| Plaintiffs, | : | Civil Action No. 2:20-cv-6256 |
| v. | : | Judge Graham |
| **City of Columbus, et al.,** | : | Magistrate Judge Vascura |
| Defendants. | : | |

**SECOND SUPPLEMENT TO PLAINTIFFS' EXHIBIT LIST**

Plaintiffs respectfully give notice to Defendants and the Court that they are supplementing their list of potential trial exhibits. Plaintiffs are providing a complete current list below. Exhibits 7 through 11 are the ones added in this supplement. By supplementing their exhibit list with Exhibits 7 through 11, Plaintiffs do not concede that the exhibits themselves or other evidence of their subject matter are admissible, as these matters are subject to Plaintiffs' pending motion in limine and objections.

**Plaintiffs' Trial Exhibits**

| PL. EX. | DESCRIPTION |
|---|---|
| 1. | Disability Retirement Approval Letter (P001481-1483) |
| 2. | James Burk's W-2s |
| 3. | CPD Sgt. Tolman Body Worn Camera Video 07.07.2020 – 2;34;36 PM (introduced during Sara Al-Maliki's trial deposition) |
| 4. | Photograph of James Burk and Summer Hilfers canoeing (P002405) |
| 5. | Photograph of James Burk and Summer Hilfers near hammock (P002406) |

| PL. EX. | DESCRIPTION |
|---|---|
| 6. | Photograph of James Burk and Summer Hilfers hiking (P002407) |
| 7. | The complete copy of ATF's settlement agreement with Mr. Burk, including the final medical disability separation determination by the ATF Bureau Deciding Official referenced in the settlement agreement as Addendum A (P002408-2420) |
| 8. | August 11, 2021 memo of support for Special Agent Burk from Special Agent in Charge (ATF File, BUR-000042-42.05) (ECF No. 136-4) |
| 9. | August 20, 2021 memo of support for Special Agent Burk from Resident Agent in Charge (ATF File, BUR-01-000034-34.03) (ECF No. 136-2) |
| 10. | August 23, 2021 memo of support for Special Agent Burk from Assistant Special Agent in Charge (ATF File, BUR-01-000039.40.02) (ECF No. 136-3) |
| 11. | September 8, 2021 memo of support for Special Agent Burk from Special Agent in Charge (ATF File, BUR-01-000045-45.03) (ECF No. 136-5) |

Respectfully submitted,

/s/ Barton R. Keyes
Barton R. Keyes             (0083979)
Abigail Chin                (0097928)
Cooper Elliott
305 West Nationwide Boulevard
Columbus, Ohio 43215
(614) 481-6000
(614) 481-6001 (Facsimile)
bartk@cooperelliott.com
abbyc@cooperelliott.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Second Supplement to Plaintiffs' Exhibit List was filed electronically and served electronically on the following counsel of record, this 30th day of October, 2024:

>Alexandra N. Pickerill, Esq.
>anpickerill@columbus.gov
>Sheena D. Rosenberg, Esq.
>sdrosenberg@columbus.gov
>Sarah N. Feldkamp, Esq.
>snfeldkamp@columbus.gov
>Assistant City Attorneys
>City of Columbus, Department of Law
>Zach Klein, City Attorney
>77 North Front Street
>Columbus, Ohio 43215
>
>Attorneys for Defendants

/s/ Barton R. Keyes