# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **James A. Burk, Jr., et al.** | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. 2:20-cv-6256 |
| | : | |
| v. | : | Judge Graham |
| | : | |
| **City of Columbus, et al.,** | : | Magistrate Judge Vascura |
| | : | |
| Defendants. | : | |

## THIRD SUPPLEMENT TO PLAINTIFFS' EXHIBIT LIST

Plaintiffs respectfully give notice to Defendants and the Court that they are supplementing their list of potential trial exhibits. Plaintiffs are providing a complete current list below. Exhibits 12 through 16 are the ones added in this supplement.

### Plaintiffs' Trial Exhibits

| PL. EX. | DESCRIPTION |
|---|---|
| 1. | Disability Retirement Approval Letter (P001481-1483) |
| 2. | James Burk's W-2s |
| 3. | CPD Sgt. Tolman Body Worn Camera Video 07.07.2020 – 2;34;36 PM (introduced during Sara Al-Maliki's trial deposition) |
| 4. | Photograph of James Burk and Summer Hilfers canoeing (P002405) |
| 5. | Photograph of James Burk and Summer Hilfers near hammock (P002406) |
| 6. | Photograph of James Burk and Summer Hilfers hiking (P002407) |
| 7. | The complete copy of ATF's settlement agreement with Mr. Burk, including the final medical disability separation determination by the ATF Bureau Deciding Official referenced in the settlement agreement as Addendum A (P002408-2420) |

| PL. EX. | DESCRIPTION |
|---|---|
| 8. | August 11, 2021 memo of support for Special Agent Burk from Special Agent in Charge (ATF File, BUR-000042-42.05) (ECF No. 136-4) |
| 9. | August 20, 2021 memo of support for Special Agent Burk from Resident Agent in Charge (ATF File, BUR-01-000034-34.03) (ECF No. 136-2) |
| 10. | August 23, 2021 memo of support for Special Agent Burk from Assistant Special Agent in Charge (ATF File, BUR-01-000039.40.02) (ECF No. 136-3) |
| 11. | September 8, 2021 memo of support for Special Agent Burk from Special Agent in Charge (ATF File, BUR-01-000045-45.03) (ECF No. 136-5) |
| 12. | James Burk CV (P00384–388) |
| 13. | James Burk awards (not Bates-numbered, part of ATF File 3) |
| 14. | James Burk 10/01/2019–09/30/2020 Performance Review (P00352–372) |
| 15. | James Burk 2020 Performance Award Bonus (not Bates-numbered, part of ATF File 8) |
| 16. | Supervisor's Statement (P01692–1693) |

Respectfully submitted,

/s/ Barton R. Keyes
Barton R. Keyes          (0083979)
Abigail Chin             (0097928)
Spencer C. Meador        (0099990)
Cooper Elliott
305 West Nationwide Boulevard
Columbus, Ohio 43215
(614) 481-6000
(614) 481-6001 (Facsimile)
bartk@cooperelliott.com
abbyc@cooperelliott.com
spencerc@cooperelliott.com

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Third Supplement to Plaintiffs' Exhibit List was filed electronically and served electronically on the following counsel of record, this 1st day of November, 2024:

> Alexandra N. Pickerill, Esq.
> anpickerill@columbus.gov
> Sheena D. Rosenberg, Esq.
> sdrosenberg@columbus.gov
> Sarah N. Feldkamp, Esq.
> snfeldkamp@columbus.gov
> Assistant City Attorneys
> City of Columbus, Department of Law
> Zach Klein, City Attorney
> 77 North Front Street
> Columbus, Ohio 43215
>
> Attorneys for Defendants

/s/ Barton R. Keyes