**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **James A. Burk, et al.,** | : | |
| | : | Case No. 2:20-cv-06256 |
| **Plaintiffs,** | : | |
| v. | : | **Judge Graham** |
| | : | |
| **City of Columbus, et al.,** | : | **Magistrate Judge Vascura** |
| | : | |
| **Defendants.** | : | |

**ORDER**

The Court has received the supplemental economic loss report of Plaintiffs' expert, Dr. Harvey Rosen, and concludes that issues relating to Plaintiff Burk's alleged lost income are unclear. A fair and complete analysis of the matter will take considerable time and effort. Accordingly, the Court will bifurcate the issues of liability and damages, and the trial will proceed first on the issue of liability.

**IT IS SO ORDERED.**

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: November 1, 2024.