IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES A. BURK, JR., et al., | |
| Plaintiffs, | Case No. 2:20-cv-6256 |
| v. | Judge James L. Graham |
| CITY OF COLUMBUS, et al., | Magistrate Judge Chelsey M. Vascura |
| Defendants. | |

**DEFENDANTS' SECOND AMENDED EXHIBIT LIST**

Defendants Joseph Fihe and Kevin Winchell disclose the following exhibits that they may offer at trial in this civil action.

| DEF. EX. | DESCRIPTION |
|---|---|
| A. | Officer Fihe Use of Force Report |
| B. | Taser Use Report |
| C. | Taser Report Printout |
| D. | Officer Winchell Use of Force Report |
| E. | CPD Directive 4.03 |
| F. | Affidavit of Sarah Al Maliki |
| G. | Audio File: 911#2 – 2020-07-07_14.09.25_Ch.84 |
| H. | Report of Pat Vehr |
| I. | Report of Keith Leighton |
| J. | Report LaRae Copley, RPh, M.D., Ph.D. |
| K. | Report of Randall R. Wroble, M.D. |

| | | |
|---|---|---|
| L. | Report of Bruce Growick, Ph.D. |
| M. | Report of Christopher D. Holzaepfel, M.D. |
| N. | ATF Training Scenarios |
| O. | October 7, 2015 Letter from Bayside Marin |
| P. | June 10, 2016 Letter from Bayside Marin |
| Q. | May 5, 2016 Notice of Proposed Removal |
| R. | Last Chance Agreement |
| S. | July 16, 2021 Notice of Proposed Removal |
| T. | November 2, 2021 Notice of Final Decision on Proposed Removal |
| U. | Report of Investigation |
| V. | Transcript of August 14, 2020 Interview of James A. Burk, Jr. |
| W. | November 5, 2021 Notification of Personnel Action |
| X. | ATF Deposition by Written Questions |
| Y. | Burk/ATF Settlement Agreement |
| Z. | 902(11) Declaration re. ATF Files |
| AA. | Transcript of November 25, 2015 Interview of James A. Burk, Jr. |
| BB. | September 23, 2022 Denial of Disability Retirement |
| CC. | Photos of Officers Fihe and Winchell on July 7, 2020 |

Respectfully submitted,

/s/ Alexandra N. Pickerill
Alexandra N. Pickerill (0096758) – Lead
Sheena D. Rosenberg (0088137)
Sarah N. Feldkamp (0099464)
Assistant City Attorneys
CITY OF COLUMBUS, DEPARTMENT OF LAW
77 N. Front Street, Columbus, Ohio 43215
Phone: (614) 645-7385 / Fax: (614) 645-6949
anpickerill@columbus.gov
sdrosenberg@columbus.gov
snfeldkamp@columbus.gov
*Counsel for Defendants Joseph Fihe and Kevin Winchell*

## CERTIFICATE OF SERVICE

I hereby certify that, on **November 1, 2024**, I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System.

/s/ Alexandra N. Pickerill
Alexandra N. Pickerill (0096758)