# Jury Trial Day 1
# Monday, November 4, 2024
# before Judge James L. Graham

James A. Burk, Jr.,
Plaintiff,
v.

Case Number 2:20-cv-6256
Judge Graham

The City of Columbus,
Defendant.

For Plaintiff: Abigail F. Chin, Barton Ryan Keyes, Spencer Meador

For Defendant: Alexandra N. Pickerill, Allison J. Lippman, Sarah Feldcamp, Sheena Rosenberg

Court Reporter: Crystal Hatchett

Courtroom Deputy: Denise Shane

| | |
|---|---|
| 8:41 a.m. | Court meets with counsel before potentials jurors are brought into court. |
| 9:28 a.m. | Voir Dire |
| 12:00 p.m. | Lunch |
| 12:45 p.m. | Court meets with counsel. |
| 2:06 p.m. | Opening Statement by Abigail Chin. |
| 2:37 p.m. | Opening Statement by Sarah Feldcamp |

| | |
|---|---|
| 3:00 p.m. | Joint Exhibit 1 played for the Jury |
| 3:40 p.m. | James A. Burk, Jr., called by Mr. Keyes, P12, P13-NP, JX, JVIII, JE1, |
| 4:37 p.m. | Cross of Mr. Burk by Ms. Pickerill, D-AA, |
| 5:00 p.m. | Court adjourned 5:00 p.m. |