# Jury Trial Day 2
# Tuesday, November 5, 2024
# before Judge James L. Graham

James A. Burk, Jr.,
Plaintiff,

v.

The City of Columbus,
Defendant.

Case Number 2:20-cv-6256
Judge Graham

For Plaintiff: Abigail F. Chin, Barton Ryan Keyes

For Defendant: Alexandra N. Pickerill, Allison J. Lippman, Sarah Feldcamp, Sheena Rosenberg

Court Reporter: Crystal Hatchett

Courtroom Deputy: Denise Shane

| | |
|---|---|
| 9:15 a.m. | Cross of Mr. Burk by Ms. Pickerill, D-AA, JEx1 |
| 10:14 a.m. | Re-direct of Burk by Keyes, JEx-VIII |
| 10:22 a.m. | Recess |
| 10:53 a.m. | Jurors sent home for the day. |
| 11:00 a.m. | Recess |
| 1:14 p.m. | Court meets with counsel |

2:13 p.m.   Court adjourned