# Jury Trial Day 3
# Wednesday, November 6, 2024
# before Judge James L. Graham

James A. Burk, Jr.,
Plaintiff,

v.

The City of Columbus,
Defendant.

Case Number 2:20-cv-6256
Judge Graham

For Plaintiff: Abigail F. Chin, Barton Ryan Keyes

For Defendant: Alexandra N. Pickerill, Allison J. Lippman, Sarah Feldcamp, Sheena Rosenberg

Court Reporter: Crystal Hatchett/Shawna Evans

Courtroom Deputy: Denise Shane

| Time | Event |
|---|---|
| 9:00 a.m. | Direct of Scott DeFoe by Mr. Keyes, JExI, JExXIII, JEx X, DExE, PEx17 |
| 10:53 a.m. | Cross-examination of DeFoe by Ms. Rosenberg |
| 11:23 a.m. | Redirect of DeFoe by Keyes |
| 11:39 a.m. | Further cross of DeFoe by Rosenberg |
| 11:45 a.m. | Judge meets with counsel |
| 12:13 p.m. | Recess |

| | |
|---|---|
| 1:05 p.m. | Court meets with counsel |
| 1:13 p.m. | Joint Ex XII played. |
| 1:20 p.m. | Direct of Officer Fihe by Ms. Pickerill, JEx XI, JEx XIII, JEx I |
| 2:32 p.m. | Recess |
| 2:52 p.m. | Cross of Fihe by Mr. Keyes, JEx VIII, DEx E |
| 3:27 p.m. | Redirect examination of Fihe by Pickerill, DEx E |
| 3:32 p.m. | Further cross of Fihe by Keyes |
| 3:34 p.m. | Direct examination of Officer Kevin Winchell by Ms. Rosenberg, JExII, JEx V, |
| 3:58 p.m. | Recess |
| 4:10 p.m. | Continued direct examination of Winchell by Rosenberg, JEx II, JEx V |
| 4:25 p.m. | Cross of Winchell by Keyes, JExV, |
| 4:41 p.m. | Redirect of Winchell by Rosenberg |
| 4:45 p.m. | Court in Recess |