# Jury Trial Day 4
# Thursday, November 7, 2024
# before Judge James L. Graham

James A. Burk, Jr.,
Plaintiff,

v.

Case Number 2:20-cv-6256
Judge Graham

The City of Columbus,
Defendant.

For Plaintiff: Abigail F. Chin, Barton Ryan Keyes

For Defendant: Alexandra N. Pickerill, Allison J. Lippman, Sarah Feldcamp, Sheena Rosenberg

Court Reporter: Crystal Hatchett/Shawna Evans

Courtroom Deputy: Denise Shane

| | |
|---|---|
| 8:35 a.m. | Court meets with counsel |
| 9:28 a.m. | Direct of Pat Vehr by Ms. Pickerill, DExH, PEx17, JExI, |
| 10:50 a.m. | Recess |
| 11:10 a.m. | Cross-examination of Vehr by Mr. Keyes |
| 11:39 a.m. | Redirect of Vehr by Pickerill |
| 11:44 a.m. | Further cross of Vehr by Keyes |

| | |
|---|---|
| 11:46 a.m. | Recess |
| 12:58 p.m. | Defense plays video deposition/911 call of Sarah Al Maliki |
| 1:55 p.m. | Defense rests.  Jurors dismissed for the day. |
| 1:57 p.m. | Court meeting with counsel. JEx II, V, VI, VII entered into evidence. PEx 3 |
| 2:00 p.m. | Recess |
| 3:08 p.m. | Court meets with counsel. |
| 5:00 p.m. | Court Adjourned. |