**Jury Trial Day 5**
**Friday, November 8, 2024**
**before Judge James L. Graham**

James A. Burk, Jr.,
Plaintiff,
v.                                                              Case Number 2:20-cv-6256
                                                               Judge Graham
The City of Columbus,
Defendant.

For Plaintiff: Abigail F. Chin, Barton Ryan Keyes

For Defendant: Alexandra N. Pickerill, Allison J. Lippman, Sarah Feldcamp, Sheena Rosenberg

Court Reporter: Crystal Hatchett/Shawna Evans

Courtroom Deputy: Denise Shane

| | |
|---|---|
| 8:40 a.m. | Court meets with counsel |
| 8:56 a.m. | Recess |
| 9:02 a.m. | Closing Argument by Mr. Keyes |
| 9:35 a.m. | Closing Argument by Ms. Pickerill |
| 10:18 a.m. | Mr. Keyes |
| 10:31 a.m. | Recess |

| | |
|---|---|
| 10:45 a.m. | Court gives the instructions of law. |
| 11:33 a.m. | Jury in deliberations |
| 1:34 p.m. | Court reads question #1 from jurors to counsel. |
| 1:57 p.m. | Jurors returned to courtroom for information with regard to question #1. |
| 2:54 p.m. | Court reads question #2 from jurors to counsel. |
| 2:59 p.m. | Jurors returned to courtroom for information with regard to question #2. |
| 3:03 p.m. | Recess |
| 3:48 p.m. | Court meets with counsel. |
| 3:49 p.m. | Jurors brought into courtroom and sent home for the day. |
| 3:50 p.m. | Court adjourned. |