# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| James A. Burk, Jr., et al., | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. 2:20-cv-6256 |
| | : | |
| v. | : | Judge Graham |
| | : | |
| City of Columbus, et al., | : | Magistrate Judge Vascura |
| | : | |
| Defendants. | : | |

## NOTICE OF WIDHDRAWAL OF
## PLAINTIFFS' MOTION TO EXCUSE PRESENCE OF SUMMER HILFERS

Plaintiffs respectfully give notice of their withdrawal of the motion filed Friday November 8 to excuse Summer Hilfers' attendance at trial outside of her testimony (ECF No. 174). Over the intervening weekend, Plaintiffs have been able to make childcare and work arrangements to enable Ms. Hilfers to attend. Accordingly, Plaintiffs withdraw their motion, but without prejudice to refiling should circumstances change unexpectedly during the week.

Respectfully submitted,

/s/ Barton R. Keyes
Rex H. Elliott           (0054054)
Barton R. Keyes      (0083979)
Abigail F. Chin         (0097928)
Cooper Elliott
305 West Nationwide Boulevard
Columbus, Ohio 43215
(614) 481-6000
(614) 481-6001 (fax)
rexe@cooperelliott.com
bartk@cooperelliott.com
abbyc@cooperelliott.com

Attorneys for Plaintiffs
James Burk and Summer Hilfers

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Withdrawal of Motion to Excuse Attendance was filed electronically and served electronically on the following counsel of record, this 11th day of November, 2024:

>Alexandra N. Pickerill, Esq.
>Sheena D. Rosenberg, Esq.
>Sarah N. Feldkamp, Esq.
>Assistant City Attorneys
>City of Columbus, Department of Law
>Zach Klein, City Attorney
>77 North Front Street
>Columbus, Ohio 43215
>anpickerill@columbus.gov
>sdrosenberg@columbus.gov
>snfeldkamp@columbus.gov
>
>Attorneys for Defendants

/s/ Barton R. Keyes