## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **James A. Burk, Jr., et al.,** | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. 2:20-cv-6256 |
| | : | |
| v. | : | Judge Graham |
| | : | |
| **City of Columbus, et al.,** | : | Magistrate Judge Vascura |
| | : | |
| Defendants. | : | |

### PLAINTIFFS' NOTICE OF OBJECTIONS TO PRE-RECORDED TRIAL TESTIMONY OF JAMES H. RUBRIGHT, MD (ECF No. 154)

| Video Time | Transcript | Objection |
|---|---|---|
| 37:16 | 28:12–28:20 | Objection withdrawn. |
| 39:49 | 30:6–30:11 | Irrelevant and prejudicial (Fed. R. Evid. 401, 403). <br><br> Dr. Rubright's knowledge of the non-final, cancelled ATF action is irrelevant to his disability findings. It is also irrelevant for the jury to hear about a non-final and cancelled agency action. |
| 39:57 | 30:12–15 | Objection withdrawn. |

Respectfully submitted,

/s/ Barton R. Keyes
Rex H. Elliott        (0054054)
Barton R. Keyes       (0083979)
Abigail F. Chin       (0097928)
Spencer C. Meador     (0099990)
Cooper Elliott
305 West Nationwide Boulevard
Columbus, Ohio 43215
(614) 481-6000
(614) 481-6001 (fax)
rexe@cooperelliott.com
bartk@cooperelliott.com
abbyc@cooperelliott.com
spencerc@cooperelliott.com

Attorneys for Plaintiffs
James Burk and Summer Hilfers

- 2 -

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Notice of Objections was filed electronically and served electronically on the following counsel of record, this 11th day of November, 2024:

>Alexandra N. Pickerill, Esq.
>Sheena D. Rosenberg, Esq.
>Sarah N. Feldkamp, Esq.
>Assistant City Attorneys
>City of Columbus, Department of Law
>Zach Klein, City Attorney
>77 North Front Street
>Columbus, Ohio 43215
>anpickerill@columbus.gov
>sdrosenberg@columbus.gov
>snfeldkamp@columbus.gov
>
>Attorneys for Defendants

/s/ Barton R. Keyes