# Jury Trial Day 6
# Tuesday, November 12, 2024
# before Judge James L. Graham

James A. Burk, Jr.,
Plaintiff,
v.

The City of Columbus,
Defendant.

Case Number 2:20-cv-6256
Judge Graham

For Plaintiff: Abigail F. Chin, Barton Ryan Keyes

For Defendant: Alexandra N. Pickerill, Allison J. Lippman, Sarah Feldcamp, Sheena Rosenberg

Court Reporter: Shawna Evans

Courtroom Deputy: Denise Shane

| | |
|---|---|
| 9:00 a.m. | Jury continues deliberating |
| 1:09 p.m. | Jury has reached a verdict., Verdict #1, Guilty, #2, Not Guilty, #3, Not Guilty, #4, Not Guilty, #5, Not Guilty, #6, Guilty, 7#, Not Guilty, 8#, Guilty, 9#, Guilty |
| 1:31 p.m. | Court meets with counsel |
| 1:42 p.m. | Jurors returned to courtroom |
| 1:47 p.m. | Ms. Chin opening statement for damages. |
| 1:52 p.m. | Opening statement by Ms. Feldcamp. |

| | |
|---|---|
| 2:07 p.m. | Direct of Jim Burke by Mr. Keyes, JExI, JExIX, |
| 2:55 p.m. | Recess |
| 3:17 p.m. | Continued direct of Burke by Keyes, PEx2, |
| 3:39 p.m. | Cross-examination of Burke by Ms. Pickerill, JExXVII, DExAA, |
| 4:15 p.m. | Re-direct of Burke by Keyes, PEx14 |
| 4:35 p.m. | Re-cross of Burke by Pickerill |
| 4:39 p.m. | Video deposition testimony of Dr. Rubright. |
| 5:00 p.m. | Court in Recess |