# Jury Trial Day 7
# Wednesday, November 13, 2024
# before Judge James L. Graham

James A. Burk, Jr.,
Plaintiff,

v.

The City of Columbus,
Defendant.

Case Number 2:20-cv-6256
Judge Graham

For Plaintiff: Abigail F. Chin, Barton Ryan Keyes

For Defendant: Alexandra N. Pickerill, Allison J. Lippman, Sarah Feldcamp, Sheena Rosenberg

Court Reporter: Shawna Evans/Crystal Hatchett

Courtroom Deputy: Denise Shane

| Time | Event |
|---|---|
| 9:06 a.m. | Court meets with counsel. |
| 9:17 a.m. | Video deposition testimony of Dr. Rubright continues. |
| 10:10 a.m. | Direct of Dr. Joseph Bienvenu by Ms. Chin, JExXII |
| 10:51 a.m. | Cross Examination of Dr. Bienvenu by Ms. Pickerill |
| 11:29 a.m. | Re-direct of Bienvenu by Chin |
| 11:42 | Recess |

| | |
|---|---|
| 1:02 p.m. | Direct of Summer Hilfers by Ms. Chin |
| 1:49 p.m. | Cross examination of Ms. Hilfers by Ms. Feldcamp. |
| 2:16 p.m. | Redirect of Hilfers by Ms. Chin |
| 2:27 p.m. | Jurors dismissed until 9:00 am 11/14/24 |
| 2:29 p.m. | Court meets with counsel/Plaintiff's rest case.  JExI, JExXIIII, 12, 13, 17, 23 |
| 3:00 p.m. | Recess |
| 4:20 p.m. | Court meets with counsel. |
| 5:00 p.m. | Court in Recess |