# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **James A. Burk, et al.,** | : | |
| | : | **Case No. 2:20-cv-06256** |
| Plaintiffs, | : | |
| v. | : | **Judge Graham** |
| | : | |
| **City of Columbus, et al.,** | : | **Magistrate Judge Vascura** |
| | : | |
| Defendants. | : | |

## ORDER

The Court hereby authorizes that the cost of the jury's lunch on Wednesday, November 13, 2024 be paid for by the Court.

**IT IS SO ORDERED.**

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: November 14, 2024