**Jury Trial Day 8**
**Thursday, November 14, 2024**
**before Judge James L. Graham**


James A. Burk, Jr.,
Plaintiff,
v.                                                  Case Number 2:20-cv-6256
                                                    Judge Graham

The City of Columbus,
Defendant.


For Plaintiff: Abigail F. Chin, Barton Ryan Keyes

For Defendant: Alexandra N. Pickerill, Allison J. Lippman, Sarah Feldcamp,
Sheena Rosenberg

Court Reporter: Crystal Hatchett/Shawna Evans

Courtroom Deputy: Denise Shane


| | |
|---|---|
| 9:07 a.m. | Direct of Dr. Copley by Ms. Pickerill. |
| 9:42 a.m. | Cross-examination of Dr. Copley by Ms. Chin. |
| 9:52 a.m. | Re-direct of Copley by Pickerill. |
| 9:54 a.m. | Further cross-examination of Copley by Chin. |
| 9:55 a.m. | Recess |
| 10:08 a.m. | Direct of Dr. Rosen by Ms. Chin. |

10:34 a.m.      Cross-examination of Dr. Rosen by Ms. Rosenberg.

10:40 a.m.      Recess

10:48 a.m.      Continued cross-examination of Rosen by Rosenberg.

11:10 a.m.      Court meets with counsel

11:18 a.m.      Further cross-examination of Mr. Burke by Ms. Pickerill, DExQ, DExR, DExU, DExT, DExBB, DExY

12:00 p.m.      Recess

1:00 p.m.       Continued cross-examination of Mr. Burk by Ms. Pickerill, DExV,JExXVII, DExY

1:16 p.m.       Redirect of Burk by Keyes, PEx14, PEx15, PEx9, PEx8, PEx10, PEx11

1:56 p.m.       Further cross-examination of Burke by Ms. Pickerill, PEx9

1:59 p.m.       Recess

2:08 p.m.       Defense calls Dr. Growick, by Ms. Feldcamp, ExY

2:28 p.m.       Cross-examination of Dr. Growick by Mr. Keys

2:32 p.m.       Re-direct of Growick by Feldcamp

2:37 p.m.       Counsel rests, court meets with counsel, DExQ, R, S, T, U, V, Y, AA, BB, DD Admitted, PEx 7, 8, 9,  10, 11, 14 and 15 admitted.

3:18 p.m.       Jurors returned to court

3:19 p.m.       Closing by Mr. Keys

4:05 p.m.       Closing by Ms. Pickerill

4:34 p.m.       Rebuttal by Mr. Keyes

4:47 p.m.       Court in Recess