# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **James A. Burk, et al.,** | : | |
| | : | Case No. 2:20-cv-06256 |
| **Plaintiffs,** | : | |
| v. | : | **Judge Graham** |
| | : | |
| **City of Columbus, et al.,** | : | **Magistrate Judge Vascura** |
| | : | |
| **Defendants.** | : | |

## ORDER

The Court hereby authorizes that the cost of the jury's lunch on Thursday, November 14, 2024 be paid for by the Court.

**IT IS SO ORDERED.**

                                                                                      s/ James L. Graham
                                                                                     JAMES L. GRAHAM
                                                                                      United States District Judge

DATE: November 15, 2024