IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| James A. Burk & Summer Hilfers, | |
| Plaintiffs, | Case No. 2:20-cv-06256 |
| v. | Judge Graham |
| Joseph Fihe & Kevin Winchell, | |
| Defendants. | |

## SPECIAL VERDICT #1 – PLAINTIFFS' EXCESSIVE-FORCE CLAIM AGAINST DEFENDANT JOSEPH FIHE

Have Plaintiffs proved by a preponderance of the evidence that on July 7, 2020, Defendant Joseph Fihe used excessive force by pointing his firearm at Plaintiff James Burk?

YES  ✓

NO  _____

DATE: 11-13-24

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| James A. Burk & Summer Hilfers, | : |
| Plaintiffs, | : Case No. 2:20-cv-06256 |
| v. | : Judge Graham |
| Joseph Fihe & Kevin Winchell, | : |
| Defendants. | : |

## SPECIAL VERDICT #2 – PLAINTIFFS' EXCESSIVE-FORCE CLAIM AGAINST DEFENDANT JOSEPH FIHE

Have Plaintiffs proved by a preponderance of the evidence that on July 7, 2020, Defendant Joseph Fihe used excessive force in handcuffing Plaintiff James Burk?

YES _____

NO ✓

DATE: 11-12-24

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| James A. Burk & Summer Hilfers, | : |
| Plaintiffs, | : Case No. 2:20-cv-06256 |
| v. | : Judge Graham |
| Joseph Fihe & Kevin Winchell, | : |
| Defendants. | : |

## SPECIAL VERDICT #3 – PLAINTIFFS' EXCESSIVE-FORCE CLAIM AGAINST DEFENDANT JOSEPH FIHE

Have Plaintiffs proved by a preponderance of the evidence that on July 7, 2020, Defendant Joseph Fihe used excessive force in using a TASER on Plaintiff James Burk?

YES _____

NO    X



DATE: 11-12-24

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| James A. Burk & Summer Hilfers, | |
| Plaintiffs, | Case No. 2:20-cv-06256 |
| v. | Judge Graham |
| Joseph Fihe & Kevin Winchell, | |
| Defendants. | |

### SPECIAL VERDICT #4 – PLAINTIFFS' EXCESSIVE-FORCE CLAIM AGAINST DEFENDANT KEVIN WINCHELL

Have Plaintiffs proved by a preponderance of the evidence that on July 7, 2020, Defendant Kevin Winchell used excessive force in handcuffing Plaintiff James Burk?

YES _____

NO ✓

DATE: 11-12-24

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

James A. Burk & Summer Hilfers,

    Plaintiffs,

v.

Joseph Fihe & Kevin Winchell,

    Defendants.

Case No. 2:20-cv-06256

Judge Graham

### SPECIAL VERDICT #5 – PLAINTIFFS' EXCESSIVE-FORCE CLAIM AGAINST DEFENDANT KEVIN WINCHELL

Have Plaintiffs proved by a preponderance of the evidence that on July 7, 2020, Defendant Kevin Winchell used excessive force in in using a TASER on Plaintiff James Burk?

YES _____

NO    X

DATE: 11-12-24

5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| James A. Burk & Summer Hilfers, | :<br>: |
| Plaintiffs, | : Case No. 2:20-cv-06256<br>: |
| v. | : Judge Graham |
| Joseph Fihe & Kevin Winchell, | :<br>: |
| Defendants. | : |

### SPECIAL VERDICT #6 – PLAINTIFFS' EXCESSIVE-FORCE CLAIM AGAINST DEFENDANT JOSEPH FIHE

Have Plaintiffs proved by a preponderance of the evidence that on July 7, 2020, Defendant Joseph Fihe used excessive force in placing Plaintiff James Burk in Officer Winchell's patrol car?

YES ✓

NO _____

DATE: 11-12-24

6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

James A. Burk & Summer Hilfers,

    Plaintiffs,

v.

Joseph Fihe & Kevin Winchell,

    Defendants.

Case No. 2:20-cv-06256

Judge Graham

### SPECIAL VERDICT #7 – PLAINTIFFS' EXCESSIVE-FORCE CLAIM AGAINST DEFENDANT KEVIN WINCHELL

Have Plaintiffs proved by a preponderance of the evidence that on July 7, 2020, Defendant Kevin Winchell used excessive force in in placing Plaintiff James Burk in Officer Winchell's patrol car?

YES _____

NO   ✓_____

DATE: 11-12-24

7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| James A. Burk & Summer Hilfers, | : |
| Plaintiffs, | : Case No. 2:20-cv-06256 |
| v. | : Judge Graham |
| Joseph Fihe & Kevin Winchell, | : |
| Defendants. | : |

## SPECIAL VERDICT #8 – PLAINTIFFS' UNLAWFUL DETENTION CLAIM AGAINST DEFENDANT JOSEPH FIHE

Have Plaintiffs proved by a preponderance of the evidence that on July 7, 2020, Defendant Joseph Fihe unlawfully detained Plaintiff James Burk by subjecting him to an investigatory detention that was not reasonable in scope and duration when placing him in Officer Winchell's patrol car after receiving Agent Burk's credentials?

YES ✓

NO _____

DATE: 11-12-24

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| James A. Burk & Summer Hilfers, | |
| Plaintiffs, | Case No. 2:20-cv-06256 |
| v. | Judge Graham |
| Joseph Fihe & Kevin Winchell, | |
| Defendants. | |

### SPECIAL VERDICT #9 – PLAINTIFFS' UNLAWFUL DETENTION CLAIM AGAINST DEFENDANT KEVIN WINCHELL

Have Plaintiffs proved by a preponderance of the evidence that on July 7, 2020, Defendant Kevin Winchell unlawfully detained Plaintiff James Burk by subjecting him to an investigatory stop that was not reasonable in scope and duration when placing him in Officer Winchell's patrol car after receiving Agent Burk's credentials?

YES ✓

NO _____

DATE: 11-12-24