**Jury Trial Day 9**
**Friday, November 15, 2024**
**before Judge James L. Graham**


James A. Burk, Jr.,
Plaintiff,

v.                                                          Case Number 2:20-cv-6256
                                                            Judge Graham

The City of Columbus,
Defendant.



For Plaintiff: Abigail F. Chin, Barton Ryan Keyes

For Defendant: Alexandra N. Pickerill, Allison J. Lippman, Sarah Feldcamp,
Sheena Rosenberg

Court Reporter: Crystal Hatchett

Courtroom Deputy: Denise Shane


9:00 a.m.        Instructions of Law by the Court.

9:43 a.m.        Jurors deliberating/Court in Recess

2:14 p.m.        Jurors verdict, #10, yes, $900,000; #11, no; #12, yes, $400,000; #13, no; #14,
$300,000; #15, 0$; #16, 0$, #17, yes, $10,000; #18, no;

2:25 p.m.        Court is adjourned.