AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| James A. Burk, et al., *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 2:20-cv-6256 |
| City of Columbus, et al., *Defendant* | ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: The jury returned a verdict for Plaintiffs on Special Verdicts #1, #6, #8, #9, #10, #12, #14, and #17, for a total amount of $1,610,000.

This action was *(check one)*:

☒ tried by a jury with Judge   James L. Graham   presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:   11/19/2024

*CLERK OF COURT*

s/Denise M. Shane

*Signature of Clerk or Deputy Clerk*