**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **James A. Burk, Jr., et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | **Civil Action No. 2:20-cv-6256** |
| | : | |
| **v.** | : | **Judge Graham** |
| | : | |
| **City of Columbus, et al.,** | : | **Magistrate Judge Vascura** |
| | : | |
| **Defendants.** | : | |

**PLAINTIFFS' NOTICE OF FILING PROFFERED TRIAL EXHIBITS**

With this Notice, Plaintiffs James Burk and Summer Hilfers are filing the following

exhibits that Plaintiffs offered for admission at trial but that were excluded from the jury's

consideration:

1.    Defendants' Exhibit X[1]

2.    Plaintiffs' Exhibit 12

3.    Plaintiffs' Exhibit 13

Respectfully submitted,

/s/ Barton R. Keyes
Rex H. Elliott                    (0054054)
Barton R. Keyes                   (0083979)
Abigail F. Chin                   (0097928)
Cooper Elliott
305 West Nationwide Boulevard
Columbus, Ohio 43215
(614) 481-6000
(614) 481-6001 (fax)
rexe@cooperelliott.com
bartk@cooperelliott.com
abbyc@cooperelliott.com

Attorneys for Plaintiffs
James Burk and Summer Hilfers

---

[1]    Plaintiffs' counsel identified specific questions and answers from this exhibit (the ATF written deposition) during argument on Defendants' oral motion for judgment as a matter of law at the close of Plaintiffs' liability phase evidence.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Filing was filed electronically and served electronically on the following counsel of record, this 19th day of November, 2024:

> Alexandra N. Pickerill, Esq.
> Sheena D. Rosenberg, Esq.
> Sarah N. Feldkamp, Esq.
> Assistant City Attorneys
> City of Columbus, Department of Law
> Zach Klein, City Attorney
> 77 North Front Street
> Columbus, Ohio 43215
> anpickerill@columbus.gov
> sdrosenberg@columbus.gov
> snfeldkamp@columbus.gov
>
> Attorneys for Defendants

/s/ Barton R. Keyes