# CURRICULUM VITAE



### James A. Burk, Special Agent

Department of Justice
Bureau of Alcohol, Tobacco, Firearms & Explosives
Cincinnati Field Office
550 Main St, Room 8503
Cincinnati, Ohio 45202
(513) 684-3354
Email: James.Burk@atf.gov

**PROFESSIONAL EXPERIENCE**

07/2004 – Present  **Special Agent**
Bureau of Alcohol, Tobacco and Firearms
Columbus Field Division, Cincinnati Field Office

**Duties:** Investigate alleged violations of Federal explosive, arson, firearms, alcohol, and tobacco statutes. Investigative functions include obtaining evidence, preparing and presenting criminal case reports to the United States Attorney for prosecution of said violations; preparing and serving arrest and/or search warrants; and testifying as a government witness; developing and managing informants, conducting undercover investigations; coordinating investigative activities with other Federal, State and Local law enforcement entities. Columbus Field Division Instructor Trainer for ATF Control Arrest Techniques program.

 ATF Assignments - 2017 to present - ATF NICS firearm investigations/ seizures
 2014 to 2017 - Firearms Instructor Coordinator
  Columbus Field Division
 2014 to 2016 - Division Tactical Advisor
  Columbus Field Division
 2004 to 2014 - Field Agent, Cincinnati, OH Field Office

06/1995 – 07/2004  **Police Officer (ATF Task Force Officer)**
Hammond Police Department
Hammond, Indiana

**Duties:** Member of Hammond Police Department (HPD) Special Weapons and Tactics Team (SWAT). Develop and oversee monthly tactical training for HPD SWAT team. Team Leader and training coordinator for HPD SWAT Competition Team. Further, ATF HIDTA Task Force Officer responsible for obtaining evidence, preparing and presenting criminal case reports to the United States Attorney for prosecution of said violations; preparing and serving arrest and/or search warrants; and testifying as a government witness; developing and managing informants, conducting undercover investigations; coordinating investigative activities with other Federal, State and Local law enforcement agencies.

PLAINTIFFS' EXHIBIT 12

P00384

## PROFESSIONAL EXPERIENCE – TACTICS

| | |
|---|---|
| 2014 – 2017 | **Division Firearms Instructor (FIC)** |

**Duties:** As the FIC for the Columbus Field Division, responsible for the managing of all aspects of firearms related training and logistics for the Division consisting of 8 Field Offices and three Satellite Offices, management of Special Agent training records, management of the Division firearms and ammunition inventory, management of firearms and training budget and expenditures, management of Division assigned firearm repairs, and development and delivery of law enforcement specific shooting drills and scenario based training.

2014 - 2016    **Division Tactical Advisor (DTA)**

**Duties:** As the DTA for the Columbus Field Division, responsible for the review of all Division tactical operational planning documents, coordinating with state and local law enforcement agencies for support of ATF tactical operations, planning, development and delivery of Division wide quarterly tactical training to Special Agents, assist as guest instructor of tactical enforcement operations at ATF National Academy, maintain active SRT member operational and training status as set forth by ATF Special Operations Division.

2008 – 2016    **ATF Special Response Team**

**Duties:** As part of a team, responsible for execution on high risk federal search warrants, arrest warrants, pre-planned high risk enforcement operations, and tactical support of state and local agencies during natural disasters.

2011 - Present    **ATF Control Arrest Techniques (CAT) Instructor-Trainer**
**Duties:** Certification and continued development of ATF CAT instructors for the Columbus Field Division. Responsible for delivery and instruction of annual CAT training to Special Agents assigned to the Cincinnati and Dayton Ohio Field Offices.

1998 - 2004    **Hammond Police Department SWAT Team**
**Duties:** As part of team, responsible for planning and execution of high risk state search and arrest warrants, response to barricaded subject incidents, and hostage rescue incidents. Additional duties included the development and delivery of monthly tactical training for HPD SWAT Team, as well as the development of and delivery of annual tactical training for first responding officers. In addition, Team Leader and Training Coordinator for HPD SWAT Competition Team, competing in both state and international SWAT completion events.

## EDUCATION

5/2002    **Indiana University**
Gary, Indiana
Bachelor of Science Degree (BS)
Major: Criminal Justice

**MILITARY**

| | |
|---|---|
| 1990 - 1994 | United States Marine Corps<br>1st Battalion 8th Marine Regiment, 2nd Marine Division<br>22nd Marine Expeditionary Unit Special Operations Capable<br>Camp Lejeune, NC; Honorable Discharge; MOS: Infantry. |

**CERTIFICATION**

| | |
|---|---|
| 2014 - Present | Taser International Instructor |
| 2014 – Present | ATF Firearms Instructor |
| 2013 - Present | Law Enforcement Instructor Training Program (LEITP)(FLETC) |
| 2010 - Present | ATF Control Arrest Techniques (CAT) Instructor-Trainer |
| 2007 – 2016 | ATF Special Response Team (SRT) Member |
| 2002 - Present | Glock Pistol Armorer |

**PROFESSIONAL TRAINING RECEIVED**

| | |
|---|---|
| 2015 | ATF Control Arrest Techniques Instructor Trainer Recertification, ATF National Academy, Glynco GA (40 hrs) |
| 2014 | ATF Firearms Instructor Course, Harrisburg, PA (80 hrs) |
| 2014 | Taser International Instructor, Maysville KY (20 hrs) |
| 2014 | Glock Pistol Armorer Recertification, ATF headquarters, Washington DC (8hrs) |
| 2013 | LEITP 301, Federal Law Enforcement Training Center, Charleston, SC (80 hrs)( February 25- March 8, 2013) |
| 2010 | ATF Control Arrest Techniques (CAT) Instructor-Trainer Course, ATF National Academy, Glynco, GA (40 Hours) (September 20-24 2010) |
| 2009 | ATF Complex Investigations Course, Philadelphia, PA (56 Hours) (April 14-22, 2009) |
| 2007 | ATF Special Response Team Basic School, Fort Pickett, VA (September 8-22, 2007) |
| 2007 | ATF Asset Identification & Tracing Course, St Louis, MO (40 Hours) (December 4-14, 2007) |
| 2005 | Special Agent Basic Training (SABT) Class #502<br>ATF National Academy, Glynco, GA |
| 2004 | Criminal Investigators Training Program<br>FLETC, Glynco, GA |

| | |
|---|---|
| 2002 | PPCT Defensive Tactics Instructors Course, Indiana Law Enforcement Academy, Plainfield, IN (40 Hours) (April 17-21, 2002) |
| 2003 | Simunition Supervisor Training and Safety Course, Indiana Law Enforcement Academy, Plainfield, IN (40 hours) (September 2003) |
| 2002 | Glock Pistol Armorers Course/ Certification, Indiana Law Enforcement Academy, Plainfield IN (8 hrs) |
| 2001 | Singleton International MP-5/ Colt M-4 Instructor Course, Hammond, IN (40 Hours) (August 26-31, 2001) |
| 2000 | Indiana Law Enforcement Training Branch (ILETB) Firearms Instructor Course Indiana Law Enforcement Academy (ILEA), Plainfield, IN (40 Hours) (May 8-12, 2000) |
| 1999 | Field Training Officer (FTO) Training Course, Indiana Law Enforcement Training Academy, Gary, IN (40 Hours) (March 22-26, 1999) |
| 1999 | Instructor Development Course, Indiana Law Enforcement Training Branch (ILETB) Indiana Law Enforcement Academy (ILEA), Plainfield, IN (40 Hours) (March 8-12, 1999) |
| 1998 | SWAT Tactics Course, Illinois Law Enforcement Training Board, Calumet City, IL (40 Hours) (April 22-26, 1998) |
| 1995 | Police Recruit Training, Indiana Law Enforcement Academy, Plainfield, IN (April 1995 – June 1995) |

**INSTRUCTOR EXPERIENCE**

The following instructor assignments are not all-inclusive. I have instructed and/or assisted in instruction of classes pertaining to tactical operations, close quarter combat, and firearms marksmanship, for federal, state, and local police.

| | |
|---|---|
| 2014 - Present | Instructed Division wide quarterly (16 hrs) tactical and or static training topics to Include, but not limited to, Active Shooter Response, UC rescue, Operational Planning, SW/AW execution, tactical shooting, Flying While Armed, Taser End User Cert/ Recert, firearm range safety, and firearm marksmanship, ATF Columbus Field Division. |
| 02/07/2015 | Guest Tactics Instructor, ATF SABT 1002, ATF National Academy, Glynco, GA |
| 10/20/2014 | Guest Tactics Instructor, ATF SABT 1002, ATF National Academy, Glynco, GA |
| 10/17/2012 | Instruct CAT training, Cincinnati and Dayton Field Offices, Cincinnati, OH |
| 06/20/2012 | Guest Instructor/ Tactics, 3rd Quarter Tactical training San Francisco Field Division; Las Vegas Field Office; Assisted with tactical instruction. |
| 06/2012 | Guest Instructor/ Tactics, 3rd Quarter Tactical training San Francisco Field Division; San Francisco Field Office. |
| 04/2012 | Instruct CAT training, Cincinnati and Dayton Field Offices, Cincinnati, OH |

| | |
|---|---|
| 07/2011 | Instruct CAT training, Cincinnati and Dayton Field Offices, Cincinnati, OH |
| 04/03/2011 | Training and certification of ATF Columbus Field Division CAT Instructors, Medina, OH |
| 04/28/2010 | Guest Tactics Instructor, ATF SABT 1002, ATF National Academy, Glynco, GA |
| 2004 – 2007 | Hammond Police Department PPCT and Defensive Tactics Instructor |
| 2004 - 2007 | Hammond Police Department SWAT Training Coordinator |
| 2000 - 2007 | Hammond Police Department Firearms Instructor |
| 1999 - 2002 | Hammond Police Department Field Training Officer |
| 1992 - 1994 | Assault Climber and Rappel Instructor (USMC) |

## PROFESSIONAL ORGANIZATIONS

| | |
|---|---|
| 2004 - Present | Federal Law Enforcement Officers Association |

## INDIVIDUAL AWARDS AND COMMENDATIONS

| | |
|---|---|
| Hostile Action Medal | September 2015 - U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives |
| Medal of Valor | August 2011 - U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives |
| Leadership Award | September 2007- ATF SRT Basic School |
| Todd McKeehan Award | May 2005 - U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives. Special Agent Basic Training Class 0502 (Top of Class) |
| Police Officer of the Year | 2002- Lake County Indiana Chamber of Commerce |
| Police Officer of the Year | 2001 - City of Hammond Indiana Optimist Club |
| Academic Achievement Award | June 1995 - Indiana Law Enforcement Academy, Class 95-121 (Top of Class) |
| Navy Achievement Medal | 1994 - United States Marine Corps |
| Certificate of Commendation | 1993 – United States Marine Corps |