

U.S. DEPARTMENT OF JUSTICE

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

# HOSTILE ACTION MEDAL

*This is to certify that*

## James Burk

*Has participated in a Law Enforcement activity and was subject to hostile gun fire and/or assault.*

2015

*Acting Director*

PLAINTIFFS' EXHIBIT 13



## U.S. Department of Justice
## Bureau of Alcohol, Tobacco, Firearms and Explosives

*To all who shall see these presents, greeting:*

*This is to certify that*

# James A. Burk

*Has been awarded the*

# MEDAL OF VALOR

*For acts of heroism and bravery in the line of duty.*
*This certificate is given under my hand in the city of Washington, DC.*



August 24, 2011

*Acting Director*



# SUSTAINED SUPERIOR PERFORMANCE

Bureau of Alcohol, Tobacco, Firearms and Explosives

Presented to

## James A. Burk Jr.

In recognition for demonstrating the highest standards of excellence in the pursuit of the Bureau of Alcohol, Tobacco, Firearms and Explosives goals.

December 2008
Date

Assistant Director
Field Operations

Bureau of Alcohol, Tobacco, Firearms and Explosives



**From:** [redacted]
**Subject:** SRT Award
**Date:** May 19, 2016 7:41:21 AM EDT
**To:** J Burk <[redacted]>

▶ 1 Attachment, 1.1 MB

--
Sent with Genius Scan for iOS.
http://bit.ly/download-genius-scan



Sent from my iPhone



# Todd McKeehan Memorial Award

The Todd McKeehan Memorial Academic Award
is presented to

## *James A. Burk*

for achieving the highest overall academic average
during the Special Agent Basic Training Program.

_May 25, 2005_
Date

_____
Chief
ATF National Academy

# STATE OF INDIANA

# Law Enforcement Training Board



## This Certificate

Is awarded to

JAMES A. BURK, JR.

*for having met the requirements of the basic course of instruction prescribed by the Board pursuant to Indiana Code 5-2-1-1 through 15 and the Board's Administrative Rules this 23rd day of June 1995*

**HONOR GRADUATE**

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

*Chairman*

*Executive Director*

Provider No. 35-6000-158-103
Course No. 95-121



Lakeshore Chamber of Commerce
Hammond, Indiana
Police Officer of the Year

Presented to

Officer

James Bark, Jr.

by the Lakeshore Chamber of Commerce
at the
Stars of Lakeshore Ball

February 2, 2008

In recognition for
exemplary service to the community

light pole before becoming an— and released —

# Officers of the year announced at dinner

**BY BRADLEY COLE**
Times Staff Writer

The Hammond and East Chicago police departments honored their respective officers of the year at the Lakeshore Chamber of Commerce's annual dinner on Feb. 2.

East Chicago Officer Aaron Delgado, a four-year veteran and member of the SWAT team, consistently ranked among the top officers in the patrol division, posting high numbers for arrests and citations.

"Officer Delgado has displayed the purest form of professionalism, integrity, and teamwork," East Chicago Police Chief Frank Alcala said. "He has displayed his leadership abilities throughout his tenure on the department, and earned the respect of his fellow police officers."

Hammond's James Burk, a six-year veteran, was honored "for going above and beyond the call of duty" in April. Burk was off duty as he went to the El Taco Real Restaurant, 935 Hoffman St., when two young men approached him. One of the men pulled out a gun and pointed it at Burk, according to police records.

Burk informed the two men that he was a police officer, pulled out his gun, told the two men to stop and drop the gun and instructed a resident to call 911.

"Due to Officer James Burk's hard work ethic, determination, job performance, appearance and attitude, he has been chosen as officer of the year for the Hammond Police Department," Hammond Police Chief John Cory said.

**THE POLICE BEAT**

# The Public Information Officers Association Salutes the

# Outstanding Lake County Law Enforcement Officers for 2001

### Outstanding Service to their Dept. and Community

## This Certificate is Awarded to

# Officer James Burk Jr.

## Hammond Police Department - 7 years service

### We honor these dedicated men and women who daily risk their lives to protect and serve the public

_____    _____

Diane Poulton, Co-Chair　　　　　　　　　　　　　　　　Loy Roberson, Co-Chair
Lake County prosecutor's Office　　　　　　　　　　　　Lake County Sheriff's Office



# HAMMOND POLICE DEPARTMENT
## OFFICER JAMES BURK
### POLICE OFFICER OF THE MONTH
## NOVEMBER 1998

IN RECOGNITION AND APPRECIATION OF YOUR HARD
WORK AND OUTSTANDING SERVICE TO THE COMMUNITY
KEEP UP THE GOOD WORK

*Fred A. Behrens*
FRED A. BEHRENS
CHIEF OF POLICE

*Michael Leimbach*
MICHAEL LEIMBACH
CAPTAIN