**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JAMES A. BURK, JR., et al., | |
| Plaintiffs, | Case No. 2:20-cv-6256 |
| v. | Judge James L. Graham |
| CITY OF COLUMBUS, et al., | Magistrate Judge Chelsey M. Vascura |
| Defendants. | |

**NOTICE OF FILING TRIAL EXHIBITS**

Defendants Joseph Fihe and Kevin Winchell are filing the following trial exhibits for their upcoming motion:

- Joint Exhibit VIII – Display Event (P00165-00167)

- Defendant Exhibit S – July 16, 2021 Notice of Proposed Removal

- Defendant Exhibit T – Nov. 2, 2021 Notice of Final Decision on Proposed Removal

- Defendant Exhibit V – Transcript of Aug. 14, 2020 Interview of James A. Burk, Jr.

    Respectfully submitted,

    /s/ Alexandra N. Pickerill
    Alexandra N. Pickerill (0096758) – Lead
    Sheena D. Rosenberg (0088137)
    Sarah N. Feldkamp (0099464)
    Assistant City Attorneys
    CITY OF COLUMBUS, DEPARTMENT OF LAW
    77 N. Front Street, Columbus, Ohio 43215
    Phone: (614) 645-7385 / Fax: (614) 645-6949
    anpickerill@columbus.gov
    sdrosenberg@columbus.gov
    snfeldkamp@columbus.gov
    *Counsel for Defendants Joseph Fihe and Kevin Winchell*

Case: 2:20-cv-06256-JLG-CMV Doc #: 196 Filed: 12/13/24 Page: 2 of 2  PAGEID #: 4885

2

## CERTIFICATE OF SERVICE

I hereby certify that, on **December 13, 2024**, I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System.

/s/ Alexandra N. Pickerill
Alexandra N. Pickerill (0096758)