# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

James A. Burk, Jr., et al.,          :
                                     :
          Plaintiffs,          :          Civil Action No. 2:20-cv-6256
                                     :
     v.                     :          Judge Graham
                                     :
City of Columbus, et al.,            :          Magistrate Judge Vascura
                                     :
          Defendants.          :

## NOTICE OF SETTLEMENT

Plaintiffs and Defendants jointly notify the Court that they have reached a settlement in this matter. The parties respectfully request that the Court stay all pending deadlines so that the parties may complete the appropriate settlement documents and approvals.

Respectfully submitted,


/s/ Barton R. Keyes                          /s/ Alexandra N. Pickerill *(per email authority)*

| | |
|---|---|
| Rex H. Elliott (0054054) | Alexandra N. Pickerill (0096758) |
| Barton R. Keyes (0083979) | Sheena D. Rosenberg (0088137) |
| Abigail F. Chin (0097928) | Sarah N. Feldkamp (0099464) |
| Cooper Elliott | Assistant City Attorneys |
| 305 West Nationwide Boulevard | City of Columbus, Department of Law |
| Columbus, Ohio 43215 | Zach Klein, City Attorney |
| (614) 481-6000 | 77 North Front Street |
| (614) 481-6001 (fax) | Columbus, Ohio 43215 |
| rexe@cooperelliott.com | anpickerill@columbus.gov |
| bartk@cooperelliott.com | sdrosenberg@columbus.gov |
| abbyc@cooperelliott.com | snfeldkamp@columbus.gov |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| James Burk and Summer Hilfers | Joseph Fihe and Kevin Winchell |