**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JAMES A. BURK, JR.,** *et al.*,

      **Plaintiffs,**

  **v.**

    **Civil Action 2:20-cv-6256**
    **Judge James L. Graham**
**CITY OF COLUMBUS,** *et al.*,        **Magistrate Judge Chelsey M. Vascura**

      **Defendants.**

## ORDER

The parties reported on January 9, 2025, that they have reached a settlement in principle.

(ECF No. 214.) Accordingly, the Court **STAYS** all outstanding deadlines.

The parties are **ORDERED** to file a joint written **REPORT** detailing the status of this

case **ON OR BEFORE FEBRUARY 9, 2025**, unless they have filed a dismissal entry in

accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

      **IT IS SO ORDERED.**

          /s/ *Chelsey M. Vascura*
          CHELSEY M. VASCURA
          UNITED STATES MAGISTRATE JUDGE