**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JAMES A. BURK, JR., et al., | |
| Plaintiffs, | Case No. 2:20-cv-6256 |
| v. | Judge James L. Graham |
| CITY OF COLUMBUS, et al., | Magistrate Judge Chelsey M. Vascura |
| Defendants. | |

**STATUS REPORT**

Plaintiffs James Burk and Summer Hilfers, along with Defendants Joseph Fihe and Kevin Winchell, submit this status report regarding the above-captioned matter.

The parties previously filed a notice of settlement (ECF. 214, #6396). A settlement agreement has been reached and signed by both parties. This agreement is subject to approval by Columbus City Council. City Council met on February 10 and approved the ordinance authorizing the settlement. The City is working diligently to ensure prompt issuance of payment and the parties continue working together in order to ensure full completion of the settlement agreement.

Respectfully submitted,

| | |
|---|---|
| /s/  Barton R. Keyes | /s/ Alexandra N. Pickerill |
| Rex H. Elliott (0054054) | Alexandra N. Pickerill (0096758) – Lead |
| Barton R. Keyes (0083979) | Sheena D. Rosenberg (0088137) |
| Cooper & Elliott, LLC | Sarah N. Feldkamp (0099464) |
| 305 West Nationwide Boulevard | Assistant City Attorneys |
| Columbus, Ohio 43215 | CITY OF COLUMBUS, DEPARTMENT OF LAW |
| (614) 481-6000 | ZACH KLEIN, CITY ATTORNEY |
| (614) 481-6001 (Facsimile) | 77 N. Front Street, Columbus, Ohio 43215 |
| rexe@cooperelliott.com | (614) 645-7385 / (614) 645-6949 (fax) |
| bartk@cooperelliott.com | anpickerill@columbus.gov |
| | sdrosenberg@columbus.gov |
| *Attorneys for Plaintiffs* | snfeldkamp@columbus.gov |
| | |
| | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that, on **February 12, 2025**, I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System.

/s/ Alexandra N. Pickerill
Alexandra N. Pickerill (0096758)